# Exhibit A

[This is a placeholder, pending the court's adjudication of an application to file under seal]