| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Rajan O. Dhungana (SBN: 297794) <br> Federal Practice Group <br> 431 N Brookhurst St., Suite 130 <br> Anaheim, CA 92801 <br> Telephone: 310-795-6905 | |
| ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-02344-MEMF-GJS |
| v. | |
| Joseph 'Jojo' Diaz, Jr. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff, Jane Doe
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Joseph 'Jojo' Diaz, Jr. <br> 16379 E Preserve Loop <br> Chino, CA 91708 | Defendant |

| April 8, 2022 | /s/Rajan O. Dhungana |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Rajan O. Dhungana