## AFFIDAVIT OF SERVICE

| Case: 22-cv-02344 | Court: United States District Court for the Central District of California | County: | Job: 6929579 |
|---|---|---|---|
| **Plaintiff / Petitioner:** JANE DOE | | **Defendant / Respondent:** JOSEPH "JOJO" DIAZ, JR. | |
| **Received by:** Blue Panther Process Server | | **For:** Federal Practice Group | |
| **To be served upon:** Joseph Diaz, Jr. | | | |

I, Carlos Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joseph Diaz, Jr., 9800 AIRPORT BLVD, SAN ANTONIO, TX 78216-4808
**Manner of Service:** Personal/Individual, Apr 8, 2022, 10:53 pm CDT
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Complaint (Received Apr 8, 2022 at 1:04pm CDT),

**Additional Comments:**
1) Unsuccessful Attempt: Apr 8, 2022, 3:15 pm CDT at ALAMODOME: 100 MONTANA ST, SAN ANTONIO, TX 78203-1000
Arrived at location. Spoke with security and a group of bystanders. Security said all the boxers have been moved back to the hotel room. The bystanders sad they have not seen JoJo. Most people didn't know him but two young men stated that Diaz had posted on Instagram that he will be here but they have not seen him. Waited for everything to clear before heading to the hotels most people said that they might be at the Marriott hotel or the Grand Hyatt I will be trying both. Unsuccessful attempt.

2) Successful Attempt: Apr 8, 2022, 10:53 pm CDT at 9800 AIRPORT BLVD, SAN ANTONIO, TX 78216-4808 received by Joseph Diaz, Jr.. Age: 29; Ethnicity: Hispanic; Gender: Male; Weight: 123; Height: 5'6"; Hair: Black; Eyes: Black; Relationship: Recipient; Other: "Jojo";
Arrived at location. Waited in terminal B. I checked on the screen that his flight had arrived and the baggage claim was B3. Walked to the area noticed a Hispanic male that fit the description of the pictures provided by the client. I approached him and asked if his name was Joseph Diaz Jr. he stated yes. I handed him his documents. He took them by hand. Took a picture of him reading the documents. Successful serve.

_____   April 11th, 2022
Carlos Lopez                         Date
PSC# 14703

Blue Panther Process Server
1800 NE Loop 410 Suite 302
San Antonio, TX 78217
210-630-0406

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

April 11, 2022        01-24-2025
Date                Commission Expires

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2025
Notary ID 130976185