Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, California 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSEPH 'JOJO' DIAZ, JR.,<br><br>           Defendant | Case No.: 22-cv-02344<br><br>PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO PROCEED UNDER PSEUDONYM<br><br>DATE:       MAY 12, 2022<br>TIME:        10:00AM<br>COURTROOM:  8B<br>JUDGE: HON. MAAME EWUSI-MENSAH FRIMPONG |

**PLAINTIFF'S NOTICE OF MOTION, MOTION, AND INCORPORATED MEMORANDUM FOR LEAVE TO PROCEED UNDER PSEUDONYM**

NOTICE IS HEREBY GIVEN THAT on May 12, 2022, at 10:00 a.m., before the

Honorable Maame Ewusi-Mensah Frimpong, in Courtroom 8B of the United States

Courthouse for the Central District of California, Western Division, United States

Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff Jane Doe will and hereby does move the Court to allow Plaintiff to Proceed Under Pseudonym.

Plaintiff respectfully requests that the Court allow Plaintiff Jane Doe, who was a minor at the time the violation took place, to proceed under a pseudonym to protect her privacy and ensure her safety. Defendant electronically transmitted a nude photograph of himself to Plaintiff when she was 17 years old.

Plaintiff seeks liquidated damages under 18 U.S.C. § 2255 for the personal injuries she suffered as a result of Defendant's violation of 18 U.S.C. § 2242(b).

## **STANDARD**

Generally, a complaint in federal court must state the names of the parties. Fed. R. Civ. P. 10(a). However, a court may allow a party to proceed anonymously "in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). The Ninth Circuit allows parties to proceed under pseudonym in "unusual case[s] when nondisclosure of the party's identity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment. *Id*. 1t 1067-68 (internal quotations omitted). In *Advanced Textile Corp*., the court identifies

three situations where courts have previously allowed plaintiffs to proceed under pseudonym:

> (1) When identification creates a risk of retaliatory physical or mental harm; (2) when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature; and (3) when the anonymous party is compelled to admit his or her intention to engage in illegal conduct, thus risking criminal prosecution. *Id*. at 1608 (internal citations and quotations omitted).

## **ARGUMENT**

Plaintiff respectfully requests that this Court allow her to proceed under pseudonym out of fear that she will face harassment, personal embarrassment, and ridicule due to the highly sensitive and personal nature of this matter. Jane Doe was a minor at the time the opposing party sent her a photograph of himself fully nude. This complaint is being filed pursuant to 18 U.S.C. 2255(b), which allows individuals to file suit and recover damages for personal injuries suffered as a result of defendant's violation of 18 U.S.C. 2422(a). 18 U.S.C. 2422(a) criminalize the coercion and exploitation or attempted coercion and exploitation of an individual under the age of 18. As such, the underlying facts of this case are highly sensitive and personal in nature.

Jane Doe specifically fears the public backlash she would likely receive if she were required to proceed in this matter under her true name. The opposing party is a well-known professional boxer with a large following on social media. Plaintiff fears that she we will be subject to harassment because of the opposing party's public persona.

There is no risk of prejudice to opposing party in this matter in allowing Plaintiff to proceed anonymously. Jane Doe does not seek to prevent disclosure of her identity to the opposing. Plaintiff only seeks to prevent disclosure to the public.

For these reasons, special circumstances exist under which Plaintiff's need for anonymity outweighs any prejudice to the opposing party and the public's interest in knowing her identity.

Dated: April 20, 2022                Respectfully submitted,


                                     /s/ *Rajan O. Dhungana*
                                     Rajan O. Dhungana (SBN: 297794)
                                     FEDERAL PRACTICE GROUP
                                     431 N BROOKHURST ST, SUITE 130
                                     ANAHEIM, CALIFORNIA 92801
                                     Telephone: (310) 795-6905
                                     rdhungana@fedpractice.com

                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I filed the foregoing Plaintiff's Notice of Motion, Motion, and Incorporated Memorandum to File Under Pseudonym, and the Proposed Order, with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, pursuant to communication wherein Counsel listed below orally confirmed their representation of Defendant via telephone on April 13, 2022, I have served a copy by email and by United States Postal Service Certified Mail to the following:

Diyari Vázquez (SBN 222461)
dvazquez@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296
*Attorney for Defendant*
Joseph 'JoJo' Diaz, Jr.


Dated: April 20, 2022.

Respectfully submitted,


/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, California 92801
Telephone: (310) 795-6905
rdhungana@fedpractice.com


*Attorney for Plaintiff*
Jane Doe

PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO PROCEED UNDER PSEUDONYM - 5