Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, California 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH 'JOJO' DIAZ, JR.,<br><br>    Defendant | Case No.: 22-cv-02344<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, it is this ___ day of April 2022

**ORDERED** that the Defendant's Motion is **GRANTED**.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM - 1