**FILED**
CLERK, U.S. DISTRICT COURT
6/8/22
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KMH_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe<br><br>PLAINTIFF(S)<br>v.<br><br>Joseph Diaz Jr.<br><br>DEFENDANT(S) | CASE NUMBER<br>2:22-cv-02344-MEMF-GJSx<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error  ☒ documents associated with the filing of the new action
☐ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:  DEFENDANTS ANSWER to Complaint

Filed date:  5/18/22            Document Number(s):  17

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:  ERRONEOUSLY FILED, DOCUMENT TO BE DEEMED DEFICIENT WITH THE ATTACHED CV-104A.

CLERK, U.S. DISTRICT COURT

Date:  June 8, 2022           By:  K.PASTRANA HERNANDEZ
                                   Deputy Clerk

G-11 (03/21)                       NOTICE OF CLERICAL ERROR