Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH "JOJO" DIAZ JR., <br><br> Defendant. | 2:22-cv-02344-MEMF-GJSx <br><br> **PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH DIAZ JR.** <br><br> Courtroom: 8B <br> Judge: Hon. Maame Ewusi-Mensah Frimpong |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Jane Doe respectfully requests that the Clerk enter a default against Defendant Joseph Diaz Jr. on the ground that Defendant Diaz has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure and this Court's June 8, 2022 order. Affidavit of Rajan O. Dhungana, ¶¶ 1-10.

Plaintiff Jane Doe filed her Complaint against Defendant Diaz on April 7, 2022. (ECF No. 1), Id. ¶2. The summons was issued on April 8, 2022. (ECF No. 7),

Id. ¶3. Defendant Diaz was personally served with the Summons and Complaint on April 8, 2022 (ECF No. 7). Id. ¶4.  Proof of service was filed with the Court on April 12, 2022. (ECF No. 10), Id. ¶4.

As a courtesy Ms. Doe afforded Defendant Diaz an additional three weeks to answer the Complaint. Id ¶5. Defendant Diaz, acting *in pro per*, filed his answer on May 18, 2022. (ECF No. 17), Id ¶6.  The Court rejected that answer as deficient on June 8, 2022, (ECF No. 19), and ordered Defendant Diaz to file an amended answer within five days thereafter.  (ECF Nos. 18, 19). Id. ¶6. That time to answer expired on June 13, 2022.  No amended answer has been filed.  Id.

Neither Plaintiff Jane Doe nor the Court has granted Defendant Diaz any further extension of time to answer or otherwise defend the Complaint.  Id. ¶7. Plaintiff does not believe that Defendant Joseph Diaz Jr. is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521). Id. ¶8.

Dated: June 22, 2022                           Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
431 N BROOKHURST ST, SUITE
Telephone: (310) 795-6905
rdhungana@fedpractice.com

*Attorney for Plaintiff*
Jane Doe

Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH "JOJO" DIAZ JR.,<br><br>Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH DIAZ JR.**<br><br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

# AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Jane Doe filed her Complaint against Defendant Joseph Diaz Jr. on April 7, 2022. (ECF No. 1)

3. The Court issued the summons to Defendant Joseph Diaz Jr. on April 8, 2022. (ECF No. 7)

4. Defendant Joseph Diaz Jr. was personally served with the Summons and Complaint on April 8, 2022 (ECF No. 7). Proof of service on Defendant Joseph Diaz Jr. was filed with the Court on April 12, 2022. (ECF No. 10)

5. Defendant Joseph Diaz Jr. did not waive service under Fed R. Civ. P. 4(d). Gina Simas and the law firm of VGC LLP represented that they intended to represent Joseph Diaz Jr. in this matter, and had asked for a three-week courtesy extension on April 27, 2022. I afforded Defendant Joseph Diaz Jr., by and through his counsel Gina Simas, the courtesy of a three-week extension by which to answer the Complaint. Therefore, pursuant to Fed. R. Civ. P. 12(a) and my three-week courtesy extension, Defendant Joseph Diaz Jr. was required to have filed his answer

to, or otherwise have defended, the Complaint within 42 days of being served with the summons and the Complaint.

6. Defendant Joseph Diaz Jr., acting *in pro per*, filed an answer to the Complaint on May 18, 2022. (ECF No. 17). I informed VGC LLP that I would no longer be communicating with them since Joseph Diaz Jr. filed in pro per. VGC LLP responded that they would continue to represent Joseph Diaz Jr. for settlement purposes only. Joseph Diaz Jr. then emailed me from the email address jojotheboxer@gmail.com confirming as such.

7. That answer was then rejected by the Court as deficient on June 8, 2022. (ECF 19). The Court ordered Defendant Joseph Diaz Jr. to file an amended answer within five days thereafter. (ECF Nos. 18, 19). That time to answer expired on June 13, 2022. No amended answer was filed.

8. Neither Plaintiff nor the Court has granted Defendant Joseph Diaz Jr. any further extensions of time to respond to the Complaint.

9. Joseph Diaz Jr. has since represented to me that he consents to receiving service of documents via email to the email address jojotheboxer@gmail.com.

9. I do not believe that Defendant Joseph Diaz Jr. is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

10. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

11. Plaintiff Jane Doe has satisfied all conditions for entry of default against Defendant Joseph Diaz Jr. in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 22nd day of June, 2022, at Anaheim, California.

DATE: June 22, 2022          _____

                              Rajan O. Dhungana

# DECLARATION AND CERTIFICATE OF SERVICE

I hereby declare and certify that on June 22, 2022, I filed the foregoing Plaintiff Jane Doe's Application for Default Against Defendant Joseph P. Diaz Jr., who has no known address, with the Clerk of the Court, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and sent a courtesy copy of such filing to Defendant Diaz at an email address that is claimed to belong to him, upon receiving consent from Defendant Diaz that he would accept service via email: jojotheboxer@gmail.com

Furthermore, in conformance with Local Rules 5-3.1.2 and 5-3.2.1, I declare that I served Defendant Joseph P. Diaz Jr. as follows:

(a) <u>The day and manner of service</u>: Defendant Diaz has no known address. Service occurred on June 22, 2022 by email to [mailto:jojotheboxer@gmail.com](mailto:jojotheboxer@gmail.com)jojotheboxer@gmail.com after receiving consent from Defendant Diaz. Additionally, Service occurred by leaving a copy of the filing with the court clerk pursuant to Fed. R. Civ. P. 5(b)(2)(D).
(b) <u>Each person and/or entity served</u>: Defendant Joseph P. Diaz was served.
(c) <u>The title of each document served</u>: "Plaintiff Jane Doe's Application for Default Against Defendant Joseph P. Diaz Jr."
(d) <u>The method of service employed</u>: leaving it with the clerk and via email.

Dated: June 22, 2022

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorney for Plaintiff*
Jane Doe