Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH 'JOJO' DIAZ JR.,<br><br>Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.**<br><br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Jane Doe respectfully requests that the Clerk enter a default against Defendant Joseph 'JoJo' Diaz, Jr. on the ground that Defendant Diaz, Jr. has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure and this Court's June 8, 2022 order. Affidavit of Rajan O. Dhungana, ¶¶ 1-10.

Plaintiff Jane Doe filed her Complaint against Defendant Diaz on April 7, 2022. (ECF No. 1), Id. ¶2. The summons was issued on April 8, 2022. (ECF No. 7),

Id. ¶3. Defendant Diaz, Jr. was personally served with the Summons and Complaint on April 8, 2022 (ECF No. 7). Id. ¶4.  Proof of service was filed with the Court on April 12, 2022. (ECF No. 10), Id. ¶4.

As a courtesy Ms. Doe afforded Defendant Diaz, Jr. an additional three weeks to answer the Complaint. Id ¶5. Defendant Diaz, Jr., acting *in pro per*, filed his answer on May 18, 2022. (ECF No. 17), Id ¶6.  The Court rejected that answer as deficient on June 8, 2022, (ECF No. 19), and ordered Defendant Diaz, Jr. to file an amended answer within five days thereafter.  (ECF Nos. 18, 19). Id. ¶6. That time to answer expired on June 13, 2022.  No amended answer has been filed.  Id.

Neither Plaintiff Jane Doe nor the Court has granted Defendant Diaz, Jr. any further extension of time to answer or otherwise defend the Complaint.  Id. ¶7. Plaintiff does not believe that Defendant Joseph 'JoJo' Diaz, Jr. is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521). Id. ¶8.

Dated: June 24, 2022                          Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
431 N BROOKHURST ST, SUITE
Telephone: (310) 795-6905
rdhungana@fedpractice.com

*Attorney for Plaintiff*
Jane Doe

Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH 'JOJO' DIAZ JR.,<br><br>Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.**<br><br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

# AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Jane Doe filed her Complaint against Defendant Joseph 'JoJo' Diaz, Jr. on April 7, 2022. (ECF No. 1)

3. The Court issued the summons to Defendant Joseph 'JoJo' Diaz, Jr. on April 8, 2022. (ECF No. 7)

4. Defendant Joseph 'JoJo' Diaz, Jr. was personally served with the Summons and Complaint on April 8, 2022 (ECF No. 7). Proof of service on Defendant Joseph 'JoJo' Diaz, Jr. was filed with the Court on April 12, 2022. (ECF No. 10)

5. Defendant Joseph 'JoJo' Diaz, Jr. did not waive service under Fed R. Civ. P. 4(d). Gina Simas and the law firm of VGC LLP represented that they intended to represent Joseph 'JoJo' Diaz, Jr. in this matter, and had asked for a three-week courtesy extension on April 27, 2022. I afforded Defendant Joseph 'JoJo' Diaz, Jr., by and through his counsel Gina Simas, the courtesy of a three-week extension by which to answer the Complaint. Therefore, pursuant to Fed. R. Civ. P. 12(a) and my three-week courtesy extension, Defendant Joseph 'JoJo' Diaz, Jr. was required to

have filed his answer to, or otherwise have defended, the Complaint within 42 days of being served with the summons and the Complaint.

6. Defendant Joseph 'JoJo' Diaz, Jr., acting *in pro per*, filed an answer to the Complaint on May 18, 2022. (ECF No. 17). I informed VGC LLP that I would no longer be communicating with them since Joseph 'JoJo' Diaz, Jr. filed in pro per. VGC LLP responded that they would continue to represent Joseph 'JoJo' Diaz, Jr. for settlement purposes only. Joseph 'JoJo' Diaz, Jr. then emailed me from the email address jojotheboxer@gmail.com confirming as such.

7. That answer was then rejected by the Court as deficient on June 8, 2022. (ECF 19). The Court ordered Defendant Joseph 'JoJo' Diaz, Jr. to file an amended answer within five days thereafter. (ECF Nos. 18, 19). That time to answer expired on June 13, 2022. No amended answer was filed.

8. Neither Plaintiff nor the Court has granted Defendant Joseph 'JoJo' Diaz, Jr. any further extensions of time to respond to the Complaint.

9. Joseph 'JoJo' Diaz, Jr. has since represented to me that he consents to receiving service of documents via email to the email address jojotheboxer@gmail.com.

9. I do not believe that Defendant Joseph 'JoJo' Diaz, Jr. is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

10. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

11. Plaintiff Jane Doe has satisfied all conditions for entry of default against Defendant Joseph 'JoJo' Diaz, Jr. in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 24th day of June, 2022, at Anaheim, California.

DATE: June 24, 2022    _____

                                            Rajan O. Dhungana

# DECLARATION AND CERTIFICATE OF SERVICE

I hereby declare and certify that on June 24, 2022, I filed the foregoing Plaintiff Jane Doe's Application for Default Against Defendant Joseph 'Jojo' Diaz, Jr., who has no known address, with the Clerk of the Court, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and sent a courtesy copy of such filing to Defendant Diaz, Jr. at an email address that is claimed to belong to him, upon receiving consent from Defendant Diaz, Jr. that he would accept service via email.

Furthermore, in conformance with Local Rules 5-3.1.2 and 5-3.2.1, I declare that I served Defendant Joseph 'Jojo' Diaz, Jr. as follows:

(a) <u>The day and manner of service</u>: Defendant Diaz has no known address. Service occurred on June 24, 2022 by email to jojotheboxer@gmail.com after receiving consent from Defendant Diaz. Additionally, Service occurred by leaving a copy of the filing with the court clerk pursuant to Fed. R. Civ. P. 5(b)(2)(D).
(b) <u>Each person and/or entity served</u>: Defendant Joseph 'JoJo' Diaz, Jr. was served.
(c) <u>The title of each document served</u>: "Plaintiff Jane Doe's Application for Default Against Defendant Joseph 'Jojo' Diaz, Jr."
(d) <u>The method of service employed</u>: leaving it with the clerk and via email.

Dated: June 24, 2022

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorney for Plaintiff*
Jane Doe