Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH "JOJO" DIAZ JR.,<br><br>Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**PROPOSED ORDER GRANTING PLAINTIFF JANE DOE'S MOTION TO STRIKE DEFENDANT'S AMENDED ANSWER TO COMPLAINT**<br><br>Date:   October 27, 2022<br>Time:   10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

## [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION TO STRIKE DEFENDANT'S AMENDED ANSWER TO COMPLAINT

Upon consideration of Plaintiff's Motion To Strike Defendant's Amended Answer to Complaint, the Court finds that there is good cause to grant Plaintiff's

request, and sanction Defendant for his conduct. It is therefore this ____ day of _____ 2022:

**ORDERED** that the Plaintiff's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Amended Answer to Complaint [Doc: 24] is hereby **STRICKEN** for failure to comport with Local Rule 11-3.8, with prejudice to refiling the same.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE