# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH DIAZ, JR<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–02344–MEMF–GJS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:     9/23/2022

Document No.:     29–1

Title of Document:     PROPOSED ORDER GRANTING PLAINTIFF JANE DOES MOTION TO STRIKE DEFENDANTS AMENDED ANSWER TO COMPLAINT

**ERROR(S) WITH DOCUMENT:**

Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judges Procedure page at http://www.cacd.uscourts.gov/honorable–maame–ewusi–mensah–frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re–submitted in accordance with the Judge's procedures and posted sample.

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 23, 2022          By: /s/ Yvette Louis  yvette_louis@cacd.uscourts.gov
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**