UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 22-02344-MEMF-(GJSx) | Date | October 6, 2022 |
| Title | Jane Doe v. Joseph Diaz Jr. | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong</u>
<u>United States District Judge</u>

<u>Kelly Davis</u>
Courtroom Deputy Clerk

<u>Laura Elias</u>
Court Reporter

Attorneys Present for Plaintiff:
Rajan Dhungana

Attorneys Present for Defendant
No appearances made

**PROCEEDINGS:   SCHEDULING CONFERENCE (Held and Completed)**

    Case called. No appearance is made by Defendant.   Court confers with Plaintiff's counsel.   The Scheduling Conference is held. The Court's Trial Order shall issue.

: 03

Initials of Deputy Clerk    kd