JOSEPH DIAZ, JR.
jojotheboxer@gmail.com
250 N. College Park Drive, Unit 113
Upland, California 91786
Tel. (909) 560-7828

*Defendant In Pro Per*

FILED
CLERK, U.S. DISTRICT COURT
10/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH 'JOJO' DIAZ, JR,<br><br>　　　　Defendant. | Case No. 2:22-cv-02344-MEMF-GJS<br><br>**DEFENDANT'S NOTICE OF CHANGE OF ADDRESS**<br><br>Courtroom: 8B<br>Judge: Hon. Judge Maame Ewusi-Mensah Frimpong<br><br>Complaint Filed: April 7, 2022 |

DEFENDANT'S NOTICE OF CHANGE OF ADDRESS

1  Defendant Joseph 'JoJo' Diaz, Jr. ("Defendant") hereby files this Notice of
2  Change of Address to notify the Court and all parties, pursuant to Local Rule 83-2.4,
3  of a change in contact information. Defendant's contact information is reflected in the
4  caption above and for all purposes pertaining to this matter going forward shall be as
5  follows:

    Joseph Diaz, Jr.
    jojotheboxer@gmail.com
    250 N. College Park Drive, Unit 113
    Upland, California 91786

Dated: October 19, 2022

                                      By: _/s/ Joseph Diaz, Jr._

                                      JOSEPH 'JOJO' DIAZ, JR.
                                      In Pro Per Defendant

## CERTIFICATE OF SERVICE

I, Joseph Diaz, Jr., hereby certify that on <u>October 19, 2022</u>, I electronically filed the foregoing with the Clerk of the Court using the EDSS system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have emailed the foregoing document to other participants in this matter at <u>rdhungana@fedpractice.com</u>.

Dated: <u>October 19, 2022</u>            By: <u>/s/ Joseph Diaz, Jr.</u>
                                               Joseph Diaz, Jr.