Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, California 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH 'JOJO' DIAZ JR.,<br><br>Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.**<br><br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Jane Doe respectfully requests that the Clerk enter a default judgment against Defendant Joseph 'Jojo' Diaz, Jr. on the grounds that Defendant Diaz failed to appear at the Rule 16(b) Scheduling Conference and has failed to properly respond to the Complaint within the time period prescribed by the Federal Rules of Civil Procedure and this Court's June 8, 2022, Order. Affidavit of Rajan O. Dhungana, ¶¶ 1-15.

On October 6, 2022, the Court held a Scheduling Conference pursuant to Federal Rule of Civil Procedure 16(b). [Doc. 31]. Affidavit, ¶12. Defendant Diaz failed to appear at the Scheduling Conference. [Doc. 31]. Affidavit, ¶12.

Plaintiff Jane Doe filed her Complaint on April 7, 2022. [Doc. 1], Affidavit, ¶2. The summons was issued on April 8, 2022. [Doc. 7], Affidavit, ¶3. Defendant Diaz was personally served with the Summons and Complaint on April 8, 2022 [Doc. 10], Affidavit, ¶4.  Amended proof of service was filed with the Court on October 19, 2022, to reflect Defendant Diaz's name as it appears on the case initiation documents. [Doc. 3, 34], Affidavit, ¶4.

Plaintiff, as a courtesy, afforded Defendant Diaz an additional three weeks to answer the Complaint. Affidavit, ¶5. Defendant Diaz, via email, also confirmed that he would accept service by email at jojotheboxer@gmail.com. Affidavit, ¶6. Defendant, acting *in pro per*, filed his Answer to Plaintiff's Complaint on May 18,

2022. [Doc. 17], <u>Affidavit</u>, ¶6. On May 20, 2022, The Court rejected the Answer as deficient and ordered Defendant to file an Amended Answer within five days of the Order. [Doc. 19], <u>Affidavit</u>, ¶7.

Defendant, in violation of the Order, filed his Amended Answer on June 24, 2022—a month after the five-day deadline provided by the Court. [Doc. 24], <u>Affidavit</u>, ¶8. The Amended Answer included an email address, a telephone number, and a physical address. [Doc. 24], <u>Affidavit</u>, ¶8. On July 19, 2022, a filing from the Court entitled "Mail Returned to Clerk" demonstrated a mailing envelope that was sent from the Officer of the Clerk to the Defendant at the address provided in his Amended Answer. [Doc. 27], <u>Affidavit</u>, ¶9. The envelope was marked "RTS Not at this address." [Doc. 27], <u>Affidavit</u>, ¶9. On September 23, 2022, Plaintiff moved to strike Defendant's Amended Answer on the basis that Defendant, for a second time, failed to comport with the local rules and the Court's Order requiring him to provide his address. [Doc. 29], <u>Affidavit</u>, ¶10. Prior to filing the motion, Plaintiff through counsel attempted to meet and confer and provided defendant with the Motion. <u>Affidavit</u>, ¶10. Defendant did not respond to the meet and confer. Defendant has not filed an answer that comports with the Local Rules of this Court. Defendant has not filed any opposition to Plaintiff's Motion to Strike Defendant's Amended Answer (as required by Local rule 7-9) within the time

prescribed by Local Rule 7-12, and may therefore be deemed to have consented to the striking of his answer.

The Court has not granted Defendant Diaz any further extension of time to file a second amended answer or otherwise defend the Complaint. Plaintiff does not believe that Defendant Diaz is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

Dated: October 27, 2022                    Respectfully submitted,


                                           /s/ *Rajan O. Dhungana*
                                           Rajan O. Dhungana (SBN: 297794)
                                           431 N BROOKHURST ST, SUITE
                                           Anaheim, CA 92801
                                           Telephone: (310) 795-6905
                                           rdhungana@fedpractice.com

                                           *Attorney for Plaintiff*
                                           Jane Doe

PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR -3-