UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSEPH "JOJO" DIAZ JR.,<br><br>          Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**PROPOSED ORDER GRANTING PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.**<br><br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.**

Upon consideration of Plaintiff's Application for Entry of Default Against Defendant, the Court finds that there is good cause to grant Plaintiff's application. It is therefore this ____ day of _____ 2022:

**ORDERED** that the Plaintiff's Application is **GRANTED.**

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE