# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH "JOJO" DIAZ JR.,<br><br>　　　　Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**PROPOSED ORDER GRANTING PLAINTIFF JANE DOE'S MOTION TO ENTER DEFAULT JUDGMENT**<br><br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

## [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION TO ENTER DEFAULT JUDGMENT

Upon consideration of Plaintiff's Motion to Enter Default Judgment, the Court finds that there is good cause to grant Plaintiff's motion. It is therefore this \_\_\_\_ day of _____ 2022:

**ORDERED** that the Plaintiff's Application is **GRANTED.**

　　　　　　　　　　　　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE