**NITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**55 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**



NEOPOST                    FIRST-CLASS MAIL
10/17/2022
US POSTAGE $001.44⁰

ZIP 90012
041M11461109



RTS
NoT
at This address

| FILED |
| :---: |
| CLERK, U.S. DISTRICT COURT |
| 10/25/2022 NO NEW INFO FOUND |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY:  KD  DEPUTY |



MEMF

NIXIE

918

SC 1

72210/23/22

Case: 2:22cv2344   Doc: 32

Joseph  Diaz Jr.
9461 Charleville Boulevard, No. 757
Beverly Hills, CA 90212