# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        v.<br><br>JOSEPH "JOJO" DIAZ JR.,<br><br>                Defendant. | 2:22-cv-02344-MEMF-GJSx<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:          December 1, 2022<br>Time:          10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I served a copy of the following documents –

1. A copy of the Email notification of the Text Only Entry Order advancing the hearing to December 1, 2022, at 10:00am [Dkt No. 39];

2. A letter to Plaintiff indicating the date, time, and location of the hearing;

3. Plaintiff Jane Doe's Motion To Strike Defendant's Answer to Amended Complaint;

4. Plaintiff Jane Doe's Application for Entry of Default Against Defendant Joseph 'JoJo' Diaz, Jr.;

5. Plaintiff Jane Doe's Notice of Motion, Motion, and Incorporated

CERTIFICATE OF SERVICE

Memorandum to Enter Default Judgment.

Via U.S. Postal Service certified mail with signature required return receipt, tracking number 70212720000019097582 (See Exhibit 1), which, according to the U.S. Postal Service tracking service, is being returned "because the addressee was not known at the delivery address noted on the package." (See Exhibit 2).

Via U.S. Postal Service priority mail no signature required delivery, tracking number 9405511206203844521558 (See Exhibit 3), which according to the U.S. Postal Service tracking service, is being returned "because the addressee was not known at the delivery address noted on the package." (See Exhibit 4).

Via email at the Defendant's email address jojotheboxer@gmail.com where Defendant has previously accepted service, whereupon Defendant replied to the email.

And lastly, Defendant was personally served on November 16, 2022 by a registered California process server (See Exhibit 5).

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
rdhungana@fedpractice.com
*Attorney for Plaintiff*
Jane Doe

CERTIFICATE OF SERVICE