# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $3.25 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$ $3.12

Total Postage and Fees
$ $10.37

Sent To
Joseph Diaz, Jr.

Street and Apt. No., or PO Box No.
250 N. College Park Dr, Unit 113

City, State, ZIP+4®
Upland, California 91786

USPS  NOV 14 2022  LAS VEGAS NV 89199  11/14/2

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



# Certified Mail service provides the following benefits:

- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

  for an electronic version, see the Certified Mail label for an email return receipt, or see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't want a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047



**UNITED STATES POSTAL SERVICE.**

JAMES C BROWN JR
1001 E SUNSET RD UNIT 1001
LAS VEGAS, NV 89199-9712
(800)275-8777

11/14/2022                                04:22 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |

    Upland, CA 91786
    Weight: 0 lb  9.40 oz
    Acceptance Date:
        Mon 11/14/2022
    Tracking #:
        9405 5112 0620 3344 5215 58

| First-Class Mail® | 1 | | $3.12 |
|---|---|---|---|

Large Envelope
    Upland, CA 91786
    Weight: 0 lb 8.60 oz
    Estimated Delivery Date
        Thu 11/17/2022
    Certified Mail®                      $4.00
        Tracking #:
        70212720000019097582
    Return Receipt                       $3.25
        Tracking #:
        9590 9402 6985 1225 4939 45

Total                                        $10.37

Grand Total:                                 $10.37

Credit Card Remit                            $10.37
    Card Name: VISA
    Account #: XXXXXXXXXXXX7076
    Approval #: 06886D
    Transaction #: 049
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required       CHASE VISA