# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ×

## 70212720000019097582

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was returned to the sender on November 17, 2022 at 2:43 pm in UPLAND, CA 91786 because the addressee was not known at the delivery address noted on the package.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Alert
**Addressee Unknown**
UPLAND, CA 91786
November 17, 2022, 2:43 pm

**Vacant**
UPLAND, CA 91786
November 17, 2022, 2:43 pm

**Departed USPS Regional Destination Facility**
SANTA ANA CA DISTRIBUTION CENTER
November 16, 2022, 6:37 pm

**Arrived at USPS Regional Destination Facility**
SANTA ANA CA DISTRIBUTION CENTER
November 15, 2022, 7:38 pm

**Arrived at USPS Regional Destination Facility**
ANAHEIM CA DISTRIBUTION CENTER

November 15, 2022, 1:59 pm

**Arrived at USPS Regional Origin Facility**

LAS VEGAS NV DISTRIBUTION CENTER

November 14, 2022, 10:00 pm

**Departed Post Office**

LAS VEGAS, NV 89199
November 14, 2022, 5:12 pm

**USPS in possession of item**

LAS VEGAS, NV 89199
November 14, 2022, 4:21 pm

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**