| P | US POSTAGE & FEES PAID<br>PRIORITY MAIL<br>ZONE 1 FLAT-RATE ENVELOPE<br>ComPlsPrice | 062S0014950566<br>7995402<br>FROM 92801 |
|---|---|---|
| |  | stamps<br>endicia<br>11/14/2022 |

## PRIORITY MAIL 1-DAY™

 Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim CA 92801-5620

**SHIP TO:** Joseph 'JoJo' Diaz, Jr.
250 N College Park Dr Unit 113
Upland CA 91786-8883

**USPS TRACKING #**



9405 5112 0620 3844 5215 58