# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9405511206203844521558

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was returned to the sender on November 17, 2022 at 2:45 pm in UPLAND, CA 91786 because the addressee was not known at the delivery address noted on the package.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Alert
**Addressee Unknown**
UPLAND, CA 91786
November 17, 2022, 2:45 pm

### Vacant
UPLAND, CA 91786
November 17, 2022, 2:45 pm

### Out for Delivery
UPLAND, CA 91786
November 17, 2022, 8:08 am

### Arrived at Post Office
UPLAND, CA 91785
November 17, 2022, 7:57 am

### Arrived at USPS Facility
UPLAND, CA 91785

November 17, 2022, 6:11 am

**Departed USPS Regional Facility**

CITY OF INDUSTRY CA DISTRIBUTION CENTER

November 17, 2022, 5:25 am

**Arrived at USPS Regional Facility**

CITY OF INDUSTRY CA DISTRIBUTION CENTER
November 17, 2022, 12:56 am

**In Transit to Next Facility**

November 17, 2022, 12:30 am

**Departed USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
November 17, 2022, 12:12 am

**Arrived at USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
November 16, 2022, 12:32 am

**Arrived at USPS Regional Facility**

LOS ANGELES CA NETWORK DISTRIBUTION CENTER
November 15, 2022, 4:53 pm

**Departed USPS Regional Facility**

LAS VEGAS NV DISTRIBUTION CENTER
November 15, 2022, 11:05 am

**Arrived at USPS Regional Origin Facility**

LAS VEGAS NV DISTRIBUTION CENTER
November 14, 2022, 7:29 pm

**Departed Post Office**

LAS VEGAS, NV 89199
November 14, 2022, 5:12 pm

**USPS in possession of item**

LAS VEGAS, NV 89199
November 14, 2022, 4:22 pm

**Hide Tracking History**

Feedback

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback