**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: | |
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PETITIONER/PLAINTIFF:<br>RESPONDENT/DEFENDANT: | |
| **PROOF OF PERSONAL SERVICE—CIVIL** | CASE NUMBER: |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify)*:

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name:
   b. Address:
   c. Date:
   d. Time:

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☐ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:

6. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date:

_____           ▶ *Michael Rodgers* _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)           (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

BY FAX

---

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011

**POS-020(D)**

| SHORT TITLE: Doe Vs. Diaz | CASE NUMBER: 2:22-cv-02344-MEMF-GJSx |
|---|---|

## ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-020)*

**The documents that were personally served are as follows *(describe each document specifically):***

PLAINTIFF JANE DOES NOTICE OF MOTION, MOTION, AND INCORPORATED MEMORANDUM TO STRIKE DEFENDANTS AMENDED ANSWER TO COMPLAINT October 27, 2022

PROPOSED ORDER GRANTING PLAINTIFF JANE DOES MOTION TO STRIKE DEFENDANTS AMENDED ANSWER TO COMPLAINT October 27, 2022

PLAINTIFF JANE DOES NOTICE OF MOTION, MOTION, AND INCORPORATED MEMORANDUM TO STRIKE DEFENDANTS AMENDED ANSWER TO COMPLAINT October 27, 2022

PROPOSED ORDER GRANTING PLAINTIFF JANE DOES MOTION TO STRIKE DEFENDANTS AMENDED ANSWER TO COMPLAINT October 27, 2022

Letter Dated November 14, 2022
Hearing on Plaintiffs Motion to Strike Answer; Plaintiffs Application for Entry of Default Against Defendant; and Plaintiffs Motion to Enter Default Judgment scheduled for December 1, 2022 at 10:00am