**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER/PLAINTIFF:
RESPONDENT/DEFENDANT:

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER: |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify):*

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name:
   b. Address:
   c. Date:
   d. Time:

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☐ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*

6. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date:

_____           ▶ *Michael Rodgers* _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)           (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

BY FAX

---

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011

**POS-020(D)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

# ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL (DOCUMENTS SERVED)
*(This Attachment is for use with form POS-020)*

**The documents that were personally served are as follows** *(describe each document specifically):*

---

Form Approved for Optional Use
Judicial Council of California
POS-020(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL**
**(Documents Served)**

Page _____ of _____