**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**



NEOPOST
10-17-2022
US POSTAGE $001.44º
ZIP 90012
041M11461109



FILED
CLERK, U.S. DISTRICT COURT

NOV 1 0 2022

no new info

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RTS
NoT aT This address

MEMF

Case: 2:22cv2344   Doc: 31

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 0 2022

no new info

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Joseph  Diaz Jr.
9461 Charleville Boulevard, No. 757
Beverly Hills, CA 90212