UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02344-MEMF(GJSx)   Date: December 1, 2022

Title   *Doe v. Diaz*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: In Chambers – Minute Order Re Motion to Strike and Motion for Default Judgment**

On December 1, 2022, the Court received an ex parte communication from Defendant Joseph Diaz, a copy of which is attached to this Order as Exhibit A. The Court notes that although Diaz, in his ex parte communication, references an attached email to opposing counsel, no such email was attached to the ex parte communication. To the extent that Diaz wishes to oppose any of the pending motions—namely the Motion to Strike (ECF No. 29) and Motion for Default Judgment (ECF No. 37), he is ordered to file an opposition by no later than 5:00 p.m. on Friday, December 2, 2022. Any reply shall be due by Friday, December 9, 2022.

|  | : |
|---|---|
| **Initials of Preparer** | kd |



From: Joseph Diaz <jojotheboxer@gmail.com>
Sent: Thursday, December 1, 2022 12:37 PM
To:
Subject: Joseph diaz jr

**CAUTION - EXTERNAL:**

Dear Madam Clerk:

It is my understanding that there may have been a hearing this morning in the Jane Doe v. Joseph "JoJo" Diaz, Jr. case (Case No. 2:22-cv-02344-MEMF-GJS) on a motion to enter default against me. I am representing myself in this matter. When I heard there was a hearing actually going forward I tried to log in to the Court's zoom platform but had trouble logging in. Once I was able to log in I heard discussion about another case and then the Zoom conference ended and I was not able to say anything or make an appearance. I sincerely apologize for not logging in for the hearing.

For background, I did not believe that a hearing was actually going to take place this morning. Prior to the hearing today, I had communicated with plaintiff's counsel Rajan Dhungana and told him that I had filed a notice of change of address and therefore, I thought I had cured the issues raised in Mr. Dhungana's motions and asked him to withdraw the default motion. A copy of my email to Mr. Dhungana is attached. I also directed Mr. Dhungana to inform the Court of my opposition, and to remind the Court that I have a compliant Answer on file. I told Mr. Dhungana that there were no grounds for entry of default against me. Mr. Dhungana did not respond to me. I do not know if Mr. Dhungana informed the Court of this during the hearing this morning.

Since I was not able to log in to the hearing this morning, I wanted to make sure the Court was aware of my position before any order is made. I have answered the complaint and filed a notice of change of address. I do not believe there are grounds for entry of default against me. If there is anything the Court or you may need please let me know. I appreciate your assistance.

Joseph Diaz

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.