# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 22-02344-MEMF-(GJSx) | Date | December 1, 2022 |
|---|---|---|---|
| Title | Jane Doe v. Joseph Diaz Jr. | | |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

| Kelly Davis | Judy Moore |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Rajan Dhungana | Not Present |

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

     Case called.   No appearances are made by defendant Joseph Diaz, Jr. The Court confers with plaintiff's counsel re: Plaintiff's Motion to Strike Defendant's Amended Answer to Complaint [29], the Application for Entry of Default against Defendant Joseph Diaz, Jr filed by Plaintiff Jane Doe [36], and the Motion for Default Judgment against Defendant Joseph 'JoJo' Diaz, Jr. filed by Plaintiff Jane Doe [37].   The Court takes the matter under submission.   A separate Court order shall issue.

                                                                             : 13

Initials of Deputy Clerk      kd