UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-02344-MEMF(GJSx)  Date: December 20, 2022

Title  *Doe v. Diaz*

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: In Chambers – Minute Order Re Order to Show Cause**

On October 19, 2022, Defendant Joseph Diaz, Jr. filed a Notice of Change of Address, indicating that his new address was 250 N. College Park Drive, Unit 113, Upland, California 91786. ECF No. 35. On November 18, 2022, Plaintiff Jane Doe filed a Certificate of Service indicating that postal services attempted to serve documents relevant to the pending Motion to Strike Defendant's Amended Answer (ECF No. 29) and Motion for Default Judgment (ECF No. 37) on Diaz at his new address; however, these documents were returned "because the addressee was not known at the delivery address noted on the package." ECF No. 40.

On December 1, 2022, the Court held oral argument on the pending motions. However, Diaz failed to appear. That day, in response to an ex parte communication from Diaz in which he indicated his opposition to the pending motions, the Court issued a Minute Order ordering Diaz to file any Oppositions to the pending motions by no later than Friday, December 2, 2022. ECF No. 43. However, Diaz failed to file any oppositions by the Court's deadline.

In light of the foregoing, the Court sets a hearing for Order to Show Cause why the Answer should not be stricken on April 13, 2023, at 10:00 a.m. By default, all hearings shall proceed in-person, unless a request is made by the parties and granted by the Court. Requests to appear via Zoom must be e-filed by the Friday before the hearing and must indicate that counsel has met and conferred per Local Rule 7-3. Moreover, Diaz is ORDERED to file any additional Notices of Change of Address or Oppositions to the pending Motion to Strike or Motion for Default Judgment by no later than January 31, 2023.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02344-MEMF(GJSx)                          Date: December 20, 2022

Title   *Doe v. Diaz*

Failure to comply with the Court's Order, such as by missing the deadlines provided or failing to appear at the hearing on the Order to Show Cause, will result in the Court granting the Motion to Strike the Defendant's Amended Answer.

**IT IS SO ORDERED.**

                                                      **Initials of Preparer**   :