UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



-R-T-S-   917865135-1N              12/13/22
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
RETURN TO SENDER

MEMF

GJS

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

no new
info



NEOPOST
12/05/2022
US POSTAGE

Case: 2:22cv2344  Doc: 44

Joseph  Diaz Jr.
250 North College Park Drive,  Unit 113
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<34994289@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS
Jane Doe v. Joseph Diaz Jr. Order on Motion for Entry of Default Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/5/2022 at 10:05 AM PST and filed on 12/1/2022

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 44 |

**Docket Text:**
**MINUTES OF MOTION HEARING (Held and Completed) held before Judge Maame
Ewusi-Mensah Frimpong. No appearances are made by defendant Joseph Diaz, Jr. The Court
confers with plaintiff's counsel re: Plaintiff's Motion to Strike Defendant's Amended Answer to
Complaint [29], the Application for Entry of Default against Defendant Joseph Diaz, Jr filed by
Plaintiff Jane Doe [36], and the Motion for Default Judgment against Defendant Joseph 'JoJo'
Diaz, Jr. filed by Plaintiff Jane Doe [37]. The Court takes the matter under submission. A
separate Court order shall issue. Court Reporter: Judy Moore. (lom)**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other
means BY THE FILER to :**
Joseph Diaz
250 North College Park Drive, Unit 113
Upland CA 91786
US