

Case: 2:22cv2344   Doc: 43

Joseph Diaz Jr.
250 North College Park Drive, Unit 113
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34984598@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/1/2022 at 4:30 PM PST and filed on 12/1/2022

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 43 |

**Docket Text:**
**MINUTE ORDER (IN CHAMBERS): In Chambers Minute Order Re Motion to Strike and Motion for Default Judgment by Judge Maame Ewusi-Mensah Frimpong. To the extent that Diaz wishes to oppose any of the pending motionsnamely the Motion to Strike (ECF No. 29) and Motion for Default Judgment (ECF No. 37), he is ordered to file an opposition by no later than 5:00 p.m. on Friday, December 2, 2022. Any reply shall be due by Friday, December 9, 2022. (yl)**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Joseph Diaz
250 North College Park Drive, Unit 113
Upland CA 91786
US