

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST  FIRST CLASS MAIL
12/19/2022
US POSTAGE $001.44⁰
ZIP 90012
041M11461109

R-T-S- 917865239-1N
12/27/22
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
DEC 30 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

new info

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 30 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case: 2:22cv2344   Doc: 45

Joseph   Diaz Jr.
250 North College Park Drive,   Unit 113
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<35064887@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/17/2022 at 3:21 PM PST and filed on 12/17/2022

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 45(No document attached) |

**Docket Text:**
TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. On the Court's own motion, the Plaintiff's Motion to Strike Defendant's Amended Answer to Complaint [29], the Application for Entry of Default against Defendant Joseph Diaz, Jr filed by Plaintiff Jane Doe [36], and the Motion for Default Judgment against Defendant Joseph 'JoJo' Diaz, Jr. filed by Plaintiff Jane Doe [37] are continued to 04/13/2023 at 10:00 AM. The parties shall take notice of this new date. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Joseph Diaz, Jr
250 North College Park Drive, Unit 113
Upland, CA 91786