JOSEPH DIAZ, JR.
jojotheboxer@gmail.com
250 N. College Park Drive, Unit i13
Upland, California 91786
Tel. (909) 560-7828

*Defendant In Pro Per*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH 'JOJO' DIAZ, JR,<br><br>　　　　Defendant. | Case No. 2:22-cv-02344-MEMF-GJS<br><br>**DEFENDANT'S NOTICE OF ERRATA RE: CHANGE OF ADDRESS**<br><br>Courtroom: 8B<br>Judge: Hon. Judge Maame Ewusi-Mensah Frimpong<br><br>Complaint Filed: April 7, 2022 |

1  It has come to Defendant Joseph 'JoJo' Diaz, Jr.'s ("Defendant") attention that there was an error contained in the address submitted with Defendant's Notice of Change of Address, filed pursuant to Local Rule 83-2.4 on October 19, 2022 (Dkt. 35). Defendant now respectfully files the present Notice of Errata to correct the inadvertent error. Defendant's contact information is reflected in the caption above and for all purposes pertaining to this matter going forward shall be as follows:

>Joseph Diaz, Jr.
>jojotheboxer@gmail.com
>250 N. College Park Drive, Unit i13
>Upland, California 91786

Dated: January 31, 2023

By: _/s/ Joseph Diaz, Jr._

JOSEPH 'JOJO' DIAZ, JR.
In Pro Per Defendant

## CERTIFICATE OF SERVICE

I, Joseph Diaz, Jr., hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the EDSS system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have emailed the foregoing document to other participants in this matter at rdhungana@fedpractice.com.

Dated: January 31, 2023               By: /s/ Joseph Diaz, Jr.
                                           Joseph Diaz, Jr.