Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
**FEDERAL PRACTICE GROUP**
431 N Brookhurst ST, Suite 130
Anaheim, California 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
JANE DOE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>JOSEPH 'JOJO' DIAZ JR.,<br><br>      Defendant. | CASE NO. 2:22-cv-02344-MEMF-GJSx<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF SERVICE OF HEARING ORDER ON DEFENDANT JOSEPH 'JOJO' DIAZ, JR.** |

# DECLARATION OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, declare as follows:

1. I am a partner in the Federal Practice Group law firm.
2. I am admitted to this Court and in that capacity am counsel in this case. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.
3. Pursuant to the Court's February 15, 2023 order, I caused Defendant Diaz to be served personally with the documents itemized in the proof of service attached as Exhibit A.
4. One of the documents served personally, a current PDF of the Docket Report herein, shows inter alia the text-only docket entry 45 continuing the hearing on Plaintiff's Motion To Strike Defendant's Amended Answer to Complaint to 04/13/2023 at 10:00 AM. This document was served to notify Defendant Diaz of the April 13 hearing pursuant to the Court's February 15, 2023 Order (ECF 51).
5. In an abundance of caution, I also separately served via email and first class mail the Minute Order directing Diaz to show cause why his Amended Answer should not be stricken (ECF 46), and another copy of the current Docket Report. See Exhibit B.
6. The service email I used was jojotheboxer@gmail.com, at which Defendant Diaz has agreed in writing to receive service of documents in this case.

FURTHER AFFIANT SAYETH NOT.

/s/ Rajan O. Dhungana
Rajan O. Dhungana

# EXHIBIT A

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Rajan O. Dhungana (SBN: 297794)<br>FEDERAL PRACTICE GROUP<br>431 N Brookhurst St, Suite 130<br>Anaheim, California 92801<br>TELEPHONE NO.: (310) 795-6905    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Attorney for Plaintiff Jane Doe | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS: 350 West First St, Courtroom 8B, 8th Floor
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME:

PETITIONER/PLAINTIFF: Jane Doe
RESPONDENT/DEFENDANT: Joseph 'JOJO' Diaz Jr.

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER:<br>2:22-cv-02344-MEMF-GJSx |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify):*
   PLAINTIFF JANE DOE™S NOTICE OF MOTION, MOTION, AND INCORPORATED MEMORANDUM TO STRIKE DEFENDANT™S AMENDED ANSWER TO COMPLAINT;  PLAINTIFF JANE DOE™S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH „JOJO™ DIAZ, JR.;  PLAINTIFF JANE DOE™S NOTICE OF MOTION, MOTION, AND INCORPORATED MEMORANDUM TO ENTER DEFAULT JUDGMENT; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)CIVIL DOCKET FOR CASE #: 2:22-cv-02344-MEMF-GJS

   [ ] The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Joseph 'JOJO' Diaz Jr.
   b. Address: 250 College Park Drive, Unit I13 Upland CA 91786
   c. Date: 2-16-2023
   d. Time: 10:47 AM

   [ ] The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. [ ] not a registered California process server.
   b. [✓] a registered California process server.
   c. [ ] an employee or independent contractor of a registered California process server.
   d. [ ] exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
   Michael Rodgers
   1015 W Granada Ct. Ontario CA 91762
   909-343-9944
   San Bernardino #833

6. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. [ ] I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 2/19/2023

Michael Rodgers
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

*Michael Rodgers*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

BY FAX

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

PROOF OF PERSONAL SERVICE—CIVIL

Code of Civil Procedure, § 1011

# EXHIBIT B

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Rajan O. Dhungana (SBN: 297794)<br>rdhungana@fedpractice.com<br>**FEDERAL PRACTICE GROUP**<br>431 N Brookhurst ST, Suite 130<br>Anaheim, California 92801<br>Telephone: (310) 795-6905<br>*Attorney for Plaintiff*<br>JANE DOE |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JANE DOE,<br>     Plaintiff,<br>   v.<br>JOSEPH 'JOJO' DIAZ JR.,<br>     Defendant. | CASE NO. 2:22-cv-02344-MEMF-GJSx<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the documents listed below to be served on Defendant Joseph 'JoJo' Diaz, Jr., by enclosing same in an envelope bearing sufficient prepaid first-class postage, addressed to Defendant at his address stated in Document 50, and depositing it with the U.S. Postal Service:

Joseph Diaz, Jr.
250 N. College Park Drive, Unit i13
Upland, California 91786

Documents served:

1. Docket Report showing text-only docket entry 45 continuing the hearing on Plaintiff's Motion To Strike Defendant's Amended Answer to Complaint to 04/13/2023 at 10:00 AM; and
2. Document 46, Minute Order directing Diaz to show cause why his Amended Answer should not be stricken.

I also emailed the enclosed documents to Defendant at jojotheboxer@gmail.com, at which he has agreed in writing to receive service of documents in this case.

/s/ Rajan O. Dhungana
Rajan O. Dhungana

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

ACCO,(GJSx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22-cv-02344-MEMF-GJS

Jane Doe v. Joseph Diaz Jr.  
Assigned to: Judge Maame Ewusi-Mensah Frimpong  
Referred to: Magistrate Judge Gail J. Standish  
Demand: $150,000  
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 04/07/2022  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

### Plaintiff

**Jane Doe**     represented by **Rajan Olarita Dhungana**  
Federal Practice Group  
431 North Brookhurst Street Suite 130  
Anaheim, CA 92801  
310-795-6905  
Fax: 888-899-6083  
Email: rdhungana@fedpractice.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Joseph Diaz, Jr.**     represented by **Joseph Diaz, Jr.**  
*Jojo*     250 North College Park Drive, Unit i13  
Upland, CA 91786  
909-560-7828  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2022 | 1 | COMPLAINT Receipt No: ACACDC-33094130 - Fee: $402, filed by Plaintiff Jane Doe. (Attachments: # 1 Exhibit Placeholder until adjudication of Application for Leave to File Under Seal) (Attorney Rajan Olarita Dhungana added to party Jane |

| Date | # | Docket Text |
|---|---|---|
| | | Doe(pty:pla))(Dhungana, Rajan) (Entered: 04/07/2022) |
| 04/07/2022 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Jane Doe. (Dhungana, Rajan) (Entered: 04/07/2022) |
| 04/07/2022 | 3 | CIVIL COVER SHEET filed by Plaintiff Jane Doe. (Dhungana, Rajan) (Entered: 04/07/2022) |
| 04/08/2022 | 4 | NOTICE OF ASSIGNMENT to District Judge Maame Ewusi-Mensah Frimpong and Magistrate Judge Gail J. Standish. (ghap) (Entered: 04/08/2022) |
| 04/08/2022 | 5 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 04/08/2022) |
| 04/08/2022 | 6 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 04/08/2022) |
| 04/08/2022 | 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Joseph Diaz Jr. (ghap) (Entered: 04/08/2022) |
| 04/08/2022 | 8 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. (ghap) (Entered: 04/08/2022) |
| 04/08/2022 | 9 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Jane Doe, (Dhungana, Rajan) (Entered: 04/08/2022) |
| 04/12/2022 | 10 | PROOF OF SERVICE Executed by Plaintiff Jane Doe, upon Defendant Joseph Diaz Jr. served on 4/8/2022, answer due 4/29/2022. Service of the Summons and Complaint were executed upon Joseph Diaz, Jr. in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Dhungana, Rajan) (Entered: 04/12/2022) |
| 04/20/2022 | 11 | APPLICATION to Seal Case Documents filed by Plaintiff Jane Doe. Application set for hearing on 5/12/2022 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Declaration Declaration of Rajan O. Dhungana, # 2 Redacted Document Redacted Document to be Filed Under Seal, # 3 Unredacted Document Unredacted Document to be Filed Under Seal) (Dhungana, Rajan) (Entered: 04/20/2022) |
| 04/20/2022 | 12 | NOTICE OF MOTION AND MOTION to Proceed Under Pseudonym filed by Plaintiff Jane Doe. Motion set for hearing on 5/12/2022 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Proposed Order Proposed Order) (Dhungana, Rajan) (Entered: 04/20/2022) |
| 04/21/2022 | 13 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: NOTICE OF MOTION AND MOTION to Proceed Under Pseudonym 12 , Complaint (Attorney Civil Case Opening), 1 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (yl) (Entered: 04/21/2022) |
| 04/21/2022 | 14 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: APPLICATION to Seal Case Documents 11 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court |

| | | |
|---|---|---|
| 04/22/2022 | | deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (yl) (Entered: 04/21/2022) |
| 04/22/2022 | 15 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong: The moving party has filed motions for a date that has been closed by this Court. The Court hereby continues the Application to Seal Case 11 and the Motion to Proceed Under Pseudonym 12 to 05/26/2022, at 10:00 a.m. Counsel shall take notice of this new date. Closed motion dates can be found on the Courts website at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 04/22/2022) |
| 05/18/2022 | 16 | SEALED - ORDER GRANTING APPLICATION TO SEAL [ECF NO. 11] AND MOTION TO PROCEED UNDER PSEUDONYM [ECF NO. 12] (bm) (Entered: 05/18/2022) |
| 05/18/2022 | 17 | *REFER TO NOTICE OF CLERICAL ERROR 18 * DEFENDANTS ANSWER to Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Joseph Diaz Jr.(yl) Modified on 6/9/2022 (yl). (Entered: 06/07/2022) |
| 05/20/2022 | 19 | NOTICE OF DISCREPANCY AND ORDER: by Judge Maame Ewusi-Mensah Frimpong, ORDERING the Answer submitted by Defendant Joseph Diaz Jr. received on 5/18/2022 is not to be filed but instead rejected. Denial based on: LR 11-3.8 (See document for further details). (yl) (Entered: 06/09/2022) |
| 06/08/2022 | 18 | NOTICE OF CLERICAL ERROR: Due to clerical error the Answer to Complaint was erroneously filed, document to be deemed deficient with the attached CV 104-A 17 (yl) (Entered: 06/09/2022) |
| 06/22/2022 | 20 | APPLICATION for Clerk to Enter Default against Defendant Joseph Diaz Jr. filed by Plaintiff Jane Doe. (Dhungana, Rajan) (Entered: 06/22/2022) |
| 06/24/2022 | 21 | NOTICE OF DEFICIENCY Re: APPLICATION for Clerk to Enter Default against Defendant Joseph Diaz Jr. 20 . The Clerk cannot enter the requested relief as: The name of the person served does not exactly match the person named in complaint. (yl) (Entered: 06/24/2022) |
| 06/24/2022 | 22 | APPLICATION for Clerk to Enter Default against Defendant Joseph Diaz Jr. filed by Plaintiff Jane Doe. (Dhungana, Rajan) (Entered: 06/24/2022) |
| 06/24/2022 | 24 | DEFENDANT'S AMENDED ANSWER to Complaint 1 18 filed by Defendant Joseph Diaz Jr.(yl) (Entered: 06/27/2022) |
| 06/27/2022 | 23 | NOTICE OF DEFICIENCY Re: APPLICATION for Clerk to Enter Default against Defendant Joseph Diaz Jr. 22 . The Clerk cannot enter the requested relief as: The name of the person served *on the proof of service* does not exactly match the person named in complaint. (yl) (Entered: 06/27/2022) |
| 06/27/2022 | 25 | ORDER SETTING SCHEDULING CONFERENCE by Judge Maame Ewusi-Mensah Frimpong. Scheduling Conference set for 10/6/2022 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (kd) (Entered: 06/27/2022) |
| 07/11/2022 | 26 | CIVIL STANDING ORDER upon filing of the complaint by Judge Maame Ewusi-Mensah Frimpong. (kd) (Entered: 07/11/2022) |
| 07/19/2022 | 27 | Mail Returned addressed to Joseph Diaz re Initial Order upon Filing of Complaint - form only 26 (yl) (Entered: 08/05/2022) |
| 09/22/2022 | 28 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4 days, filed by Plaintiff Jane Doe.. (Dhungana, Rajan) (Entered: 09/22/2022) |

| Date | Doc # | Description |
|---|---|---|
| 09/23/2022 | 29 | NOTICE OF MOTION AND MOTION to Strike Defendant's Amended Answer to Complaint (Attorney Civil Case Opening) 24 filed by Plaintiff Jane Doe. Motion set for hearing on 10/27/2022 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Proposed Order Proposed Order) (Dhungana, Rajan) (Entered: 09/23/2022) |
| 09/23/2022 | 30 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION to Strike Defendant's Amended Answer to Complaint (Attorney Civil Case Opening) 24 29 . The following error(s) was/were found: Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judge's Procedure page at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re-submitted in accordance with the Judge's procedures and posted sample. (yl) (Entered: 09/26/2022) |
| 10/06/2022 | 31 | MINUTES OF Scheduling Conference held before Judge Maame Ewusi-Mensah Frimpong. Case called. No appearance is made by Defendant. Court confers withPlaintiff's counsel. The Scheduling Conference is held. The Court's Trial Ordershall issue. Court Reporter: Laura Elias. (lc) (Entered: 10/13/2022) |
| 10/13/2022 | 32 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. The Court hereby continues the Motion to Strike Defendant's Amended Answer to Complaint 24 29 to 12/15/2022 at 10:00 AM. All parties shall take notice of this new date. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 10/13/2022) |
| 10/13/2022 | 33 | CIVIL TRIAL ORDER by Judge Maame Ewusi-Mensah Frimpong. The Scheduling Order governing this action is set forth in the Schedule of Pretrial and Trial Dates chart. The final pretrial conference is set for 10/25/2023 at 9:00 AM. The jury trial is set for 11/13/2023 at 8:30 AM. Amended Pleadings are due by 12/1/2023. The discovery cut-off is 5/10/2023. Motions are due by 12/1/2023. The last date to conduct settlement conference is 8/16/2023. (See document for further details) (yl) (Entered: 10/14/2022) |
| 10/19/2022 | 35 | NOTICE of Change of address Changing attorneys address to 250 N. College Park Drive, Unit 113 Upland, California 91786 Filed by Defendant Joseph Diaz, Jr. (yl) (Entered: 10/20/2022) |
| 10/20/2022 | 34 | PROOF OF SERVICE Executed by Plaintiff Jane Doe, upon Defendant in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Dhungana, Rajan) (Entered: 10/20/2022) |
| 10/25/2022 | 38 | Mail Returned addressed to Joseph Diaz Jr. re Text Only Scheduling Notice 32 . (gk) (Entered: 10/28/2022) |
| 10/27/2022 | 36 | APPLICATION for Entry of Default against Defendant Joseph Diaz, Jr filed by Plaintiff Jane Doe. Application set for hearing on 12/1/2022 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Affidavit Affidavit of Rajan O. Dhungana, # 2 Proposed Order Proposed Order) (Dhungana, Rajan) (Entered: 10/27/2022) |
| 10/27/2022 | 37 | NOTICE OF MOTION AND MOTION for Default Judgment against Defendant Joseph 'JoJo' Diaz, Jr. filed by Plaintiff Jane Doe. Motion set for hearing on 12/1/2022 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Proposed Order Proposed Order) (Dhungana, Rajan) (Entered: 10/27/2022) |
| 11/10/2022 | 42 | Mail Returned addressed to Joseph Diaz Jr re Scheduling Conference - optional form, 31 (yl) (Entered: 11/21/2022) |

| | | |
|---|---|---|
| 11/14/2022 | 39 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong: The Court hereby advances the hearing on Plaintiff's Motion to Strike 29 to December 1, 2022, at 10:00 a.m. The Court ORDERS Plaintiff to provide notice to Defendant of the December 1, 2022 hearing on Plaintiff's Motion for Default Judgment 37 using Defendant's new address per Defendant's Notice of Change of Address 35 . The Court further ORDERS Plaintiff to file a proof of service indicating the date, time, and manner of service no later than November 18, 2022. IT IS SO ORDERED.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 11/14/2022) |
| 11/18/2022 | 40 | CERTIFICATE OF SERVICE filed by Plaintiff Jane Doe, re Text Only Scheduling Notice,, 39 served on November 16, 2022. (Attachments: # 1 Exhibit US Postal Service Certified Mail Receipt, # 2 Exhibit US Postal Service Certified Mail delivery tracking, # 3 Exhibit US Postal Servic Priority Mail label, # 4 Exhibit US Postal Service Priority Mail delivery tracking, # 5 Exhibit Proof of Personal Service)(Dhungana, Rajan) (Entered: 11/18/2022) |
| 11/18/2022 | 41 | PROOF OF SERVICE filed by Plaintiff Jane Doe, re Text Only Scheduling Notice,, 39 served on November 16, 2022. (Dhungana, Rajan) (Entered: 11/18/2022) |
| 12/01/2022 | 43 | MINUTE ORDER (IN CHAMBERS): In Chambers Minute Order Re Motion to Strike and Motion for Default Judgment by Judge Maame Ewusi-Mensah Frimpong. To the extent that Diaz wishes to oppose any of the pending motionsnamely the Motion to Strike (ECF No. 29) and Motion for Default Judgment (ECF No. 37), he is ordered to file an opposition by no later than 5:00 p.m. on Friday, December 2, 2022. Any reply shall be due by Friday, December 9, 2022. (yl) (Entered: 12/01/2022) |
| 12/01/2022 | 44 | MINUTES OF MOTION HEARING (Held and Completed) held before Judge Maame Ewusi-Mensah Frimpong. No appearances are made by defendant Joseph Diaz, Jr. The Court confers with plaintiff's counsel re: Plaintiff's Motion to Strike Defendant's Amended Answer to Complaint 29 , the Application for Entry of Default against Defendant Joseph Diaz, Jr filed by Plaintiff Jane Doe 36 , and the Motion for Default Judgment against Defendant Joseph 'JoJo' Diaz, Jr. filed by Plaintiff Jane Doe 37 . The Court takes the matter under submission. A separate Court order shall issue. Court Reporter: Judy Moore. (lom) (Entered: 12/05/2022) |
| 12/16/2022 | 47 | Mail Returned addressed to Joseph Diaz Jr. re Order on Motion for Entry of Default,,, Order on Motion for Default Judgment,,, Order on Motion to Strike,, Motion Hearing,, Terminate Hearings,, 44 (rolm) (Entered: 12/27/2022) |
| 12/16/2022 | 48 | Mail Returned addressed to Joseph Diaz Jr. re Minutes of In Chambers Order/Directive – no proceeding held, 43 (rolm) (Entered: 12/27/2022) |
| 12/17/2022 | 45 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. On the Court's own motion, the Plaintiff's Motion to Strike Defendant's Amended Answer to Complaint 29 , the Application for Entry of Default against Defendant Joseph Diaz, Jr filed by Plaintiff Jane Doe 36 , and the Motion for Default Judgment against Defendant Joseph 'JoJo' Diaz, Jr. filed by Plaintiff Jane Doe 37 are continued to 04/13/2023 at 10:00 AM. The parties shall take notice of this new date. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 12/17/2022) |
| 12/20/2022 | 46 | MINUTE ORDER (IN CHAMBERS)-Minute Order to show Cause by Judge Maame Ewusi-Mensah Frimpong. In light of the foregoing, the Court sets a hearing for Order to Show Cause Why the Answer should not be stricken on April 13, 2023 at 10:00 am. Diaz is ORDERED to file additional Notices of Change of Address or Oppositions to the pending Motion to Strike or Motion for Default Judgment by no later than January 31, 2023. (See document for further details) (yl) (Entered: 12/21/2022) |
| 12/30/2022 | 49 | Mail Returned addressed to Joseph Diaz Jr. re Text Only Scheduling Notice 45 . (lom) (Entered: 01/05/2023) |

| 01/31/2023 | [50](#) | DEFENDANT'S NOTICE OF ERRATA RE: CHANGE OF ADDRESS filed by Defendant Joseph Diaz, Jr. (yl) (Entered: 02/02/2023) |
|---|---|---|
| 02/15/2023 | 51 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. On December 17, 2023, the Court, on its own motion, continued the hearing on the pending Motion to Strike Defendant's Amended Answer (ECF No. [29](#)), the Application for Entry of Default (ECF No. [36](#)), and the Motion for Default Judgment (ECF No. [37](#)) to April 13, 2023. On January 31, 2023, Defendant filed a Notice of Errata RE: Change of Address, indicating a new mailing address. ECF No. [50](#). The Court hereby ORDERS Plaintiff to provide notice to Defendant of the April 13, 2023 hearing using Defendant's new address per Defendant's Notice of Errata (ECF No. [50](#)). The Court further ORDERS Plaintiff to file a proof of service indicating the date, time, and manner of service no later than February 21, 2023. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 02/15/2023) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/15/2023 09:58:19 | | |
| **PACER Login:** | montalvoesq | **Client Code:** | Heredia |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-02344-MEMF-GJS End date: 2/15/2023 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:22-cv-02344-MEMF(GJSx)          Date: December 20, 2022

Title  *Doe v. Diaz*

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
N/A                                                                     N/A

**Proceedings:  In Chambers – Minute Order Re Order to Show Cause**

On October 19, 2022, Defendant Joseph Diaz, Jr. filed a Notice of Change of Address, indicating that his new address was 250 N. College Park Drive, Unit 113, Upland, California 91786. ECF No. 35. On November 18, 2022, Plaintiff Jane Doe filed a Certificate of Service indicating that postal services attempted to serve documents relevant to the pending Motion to Strike Defendant's Amended Answer (ECF No. 29) and Motion for Default Judgment (ECF No. 37) on Diaz at his new address; however, these documents were returned "because the addressee was not known at the delivery address noted on the package." ECF No. 40.

On December 1, 2022, the Court held oral argument on the pending motions. However, Diaz failed to appear. That day, in response to an ex parte communication from Diaz in which he indicated his opposition to the pending motions, the Court issued a Minute Order ordering Diaz to file any Oppositions to the pending motions by no later than Friday, December 2, 2022. ECF No. 43. However, Diaz failed to file any oppositions by the Court's deadline.

In light of the foregoing, the Court sets a hearing for Order to Show Cause why the Answer should not be stricken on April 13, 2023, at 10:00 a.m. By default, all hearings shall proceed in-person, unless a request is made by the parties and granted by the Court. Requests to appear via Zoom must be e-filed by the Friday before the hearing and must indicate that counsel has met and conferred per Local Rule 7-3. Moreover, Diaz is ORDERED to file any additional Notices of Change of Address or Oppositions to the pending Motion to Strike or Motion for Default Judgment by no later than January 31, 2023.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02344-MEMF(GJSx)                                      Date: December 20, 2022

Title   *Doe v. Diaz*

Failure to comply with the Court's Order, such as by missing the deadlines provided or failing to appear at the hearing on the Order to Show Cause, will result in the Court granting the Motion to Strike the Defendant's Amended Answer.

**IT IS SO ORDERED.**

                                                                                                        :
                                                                              **Initials of Preparer** _____