UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST 09/26/2022
US POSTAGE $001.44⁰
ZIP 90012
041M11461109

RTS
Not at this address



FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Case: 2:22cv2344   Doc: 30

Joseph Diaz Jr.
9461 Charleville Boulevard, No. 757
Beverly Hills, CA 90212

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34634539@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/26/2022 at 11:19 AM PDT and filed on 9/23/2022

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 30 |

**Docket Text:**
NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION to Strike Defendant's Amended Answer to Complaint (Attorney Civil Case Opening)[24] [29]. The following error(s) was/were found: Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judge's Procedure page at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re-submitted in accordance with the Judge's procedures and posted sample. (yl)

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana     rdhungana@fedpractice.com, docketclerk@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Joseph Diaz
9461 Charleville Boulevard, No. 757
Beverly Hills CA 90212
US

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH DIAZ, JR<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-cv-02344-MEMF-GJS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: __9/23/2022__

Document No.: __29-1__

Title of Document: __PROPOSED ORDER GRANTING PLAINTIFF JANE DOES MOTION TO STRIKE DEFENDANTS AMENDED ANSWER TO COMPLAINT__

**ERROR(S) WITH DOCUMENT:**

Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judges Procedure page at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re-submitted in accordance with the Judge's procedures and posted sample.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __September 23, 2022__     By: __/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov__
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**