**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



```
-R-T-S-    917865206-1N              04/18/23

           RETURN TO SENDER
               VACANT
           UNABLE TO FORWARD
           RETURN TO SENDER
```



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
APR 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



Case: 2:22cv2344  Doc: 57

Joseph Diaz Jr.
250 North College Park Drive,   Unit i13
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<35660866@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/11/2023 at 6:02 PM PDT and filed on 4/11/2023

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 57(No document attached) |

**Docket Text:**
**TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. The Order to Show Cause hearing set for 04/13/2023 [46] is vacated by the Court. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, clagarde@fedpractice.com, docketclerk@fedpractice.com

**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Joseph Diaz, Jr
250 North College Park Drive, Unit i13
Upland, CA 91786