Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, California 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>vs.<br><br>JOSEPH DIAZ JR.,<br><br>         Defendant | Case No.: 2:22-cv-02344-MEMF-GJSx<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** |

I, Rajan O. Dhungana, declare as follows:

1. I am a partner in the Federal Practice Group law firm.

2. I am counsel for Plaintiff in this case. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

3. Plaintiff filed her Complaint along with an Application for Leave to File Under Seal on April 7, 2022. [Doc. 1].

4. Defendant was served on April 8, 2022. [Doc. 12].

DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES - 1

5. Plaintiff filed her Motion to Proceed Under Pseudonym on April 20, 2022. [Doc. 12].

6. The Court granted Plaintiff's Application to Seal and Motion to Proceed Under Pseudonym on May 18, 2022. [Doc. 16].

7. Defendant filed an Answer to the Complaint on May 18, 2022. [Doc. 17]. However, the Court rejected this filing on May 20, 2022, for failure to comply with L.R. 11-3.8 and ordered Defendant to file an Amended Answer within five days of the Order. [Doc. 18, 19].

8. Plaintiff filed an Application for Clerk to Enter Default against Defendant on June 22, 2022, on the basis that no Amended Answer has been filed since the Court rejected Defendant's initial Answer. [Doc. 20].

9. Plaintiff's Application was denied due to a discrepancy between Defendant Diaz's name as listed on the affidavit of service and his name on the Complaint. [Doc. 20-23].

10. Defendant filed his Amended Answer on June 24, 2022. [Doc. 24]. The Amended Answer contained an email address, telephone number, and a physical address. [Doc. 24].

11. On July 19, 2022, a filing from the Court entitled "mail Returned addressed to Joseph Diaz Jr." demonstrated a mailing envelope that was

sent from the Office of the Clerk to the Defendant at the address provided in his Amended Answer. [Doc. 27]. The envelope was marked "RTS Not at this address." [Doc. 27].

12. Plaintiff filed a Motion to Strike Defendant's Answer on September 23, 2022, on the basis that it again failed to comply with L.R. 11-3.8 and Fed. R. Civ. Proc. 11(a). [Doc. 29]. I attempted to meet and confer with Defendant regarding this motion at least seven days prior to filing and received no response.

13. On October 19, 2022, Defendant filed a Notice of Change of Address. [Doc. 35].

14. On October 25, 2022; November 10, 2022; December 16, 2022; and December 30, 2022, filings from the Court entitled "Mail returned addressed to Joseph Diaz Jr" demonstrated mailing envelopes sent from the Office of the Clerk to the Defendant at the address provided in his Notice of Change of Address. Doc. [42, 47-49]. The envelopes were marked as return to sender. *Id*.

15. Plaintiff filed an Application for Entry of Default against Defendant and Motion for Default Judgment on October 27, 2022, on the basis that (1)

Defendant had not filed a compliant Answer in a timely manner and (2) Defendant was not participating in the litigation process. [Doc. 36, 37].

16. On December 1, 2022, the Court held a hearing on the motion to Strike and Motion for Default Judgment. [Doc. 43, 44]. Defendant did not appear at this hearing. [Doc. 44]. The Court ordered that Defendant file any opposition to the Motion to Strike and Motion for Default Judgment no later than December 2, 2022. *Id*. No opposition was filed.

17. On January 31, 2023, Defendant filed a Notice of Errata to change his address. [Doc. 50].

18. On February 21, 2023; April 3, 2023; and April 21, 2023, filings from the Court entitled "Mail Returned addressed to Joseph Diaz Jr." demonstrated mailing envelopes sent from the Office of the Clerk to the Defendant at the address provided in his Notice of Errata. Doc. [53, 55, 58]. The envelopes were marked as return to sender. *Id*.

19. On March 23, 2023, the Court denied Plaintiff's Motion to Strike and Motion for Default Judgment and ordered the Parties to file a Joint Status Report. [Doc. 54].

20. On April 6, 2023, the Parties filed a Joint Status Report. [Doc. 56].

DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES - 4

21. The Court issued a Civil Trial Scheduling Order on May 22, 2023. [Doc. 59].

22. Pursuant to Local Rule 7-3 and this Court's Standing Order. [Doc. 26]. On May 23, 2023, undersigned counsel e-mailed Defendant regarding stipulating to continuing the pretrial and trial deadlines. The correspondence was sent to the e-mail address provided by Defendant in his Amended Answer [Doc. 24] and affirmed by Defendant in his Notice of Change of Address and Notice of Errata. [Doc. 35, 50].

23. Plaintiff abstained from directing discovery to Defendant while the Court's decision as to her Motion to Strike and Motion to Default Judgment was pending. Defendant similarly did not direct any discovery to Plaintiff. For this reason, good cause exists to extend the current pretrial and trial deadlines. Plaintiff has not previously made any requests for continuances in this matter.

Dated: May 31, 2023                                Respectfully submitted,

                                                   /s/ *Rajan O. Dhungana*
                                                   Rajan O. Dhungana