UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>  v.<br><br>JOSEPH DIAZ JR.,<br><br>          Defendant. | Case No.: 2:22-CV-02344-MEMF-GJSx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES [ECF NO. 60]** |

On May 31, 2023, Plaintiff filed a Motion to Continue Pretrial and Trial Deadlines.

The Court, having considered the Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the deadlines are extended as follows:

| | |
|---|---|
| **Fact Discovery Cut-Off:** | **August 29, 2023** |
| **Expert Disclosure (Initial):** | **August 29, 2023** |
| **Expert Disclosure (Rebuttal):** | **September 5, 2023** |
| **Expert Discovery Cut-Off:** | **September 19, 2023** |
| **Last Day to Hear Motions:** | **November 1, 2023** |
| **Settlement Conference Deadline:** | **November 14, 2023** |
| **Trial Filings (First Round):** | **TBD COURT** |
| **Trial Filings (Second Round):** | **TBD COURT** |
| **Final Pretrial Conference:** | **TBD COURT** |
| **Trial:** | **TBD COURT** |

IT IS SO ORDERED.

Dated: June __, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge