UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02344-MEMF-GJS                                              Date: June 8, 2023

Title   *Jane Doe v. Joseph Diaz Jr.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  In Chambers – Minute Order Regarding Status Conference**

On December 1, 2022, the Court held oral argument regarding a Motion to Strike the Answer and Motion for Default Judgment filed by Plaintiff Doe. ECF No. 44. The Motion to Strike the Answer was based on Defendant Diaz's failure to provide a proper address with his Answer and subsequent failure to file a Notice of Change of Address following multiple communications by Doe and the Court returned and marked "RTS Not at this address."  ECF No. 29.

Although counsel for Doe appeared at the hearing, Diaz failed to appear. Later that day, the Court received an ex parte communication from Diaz via email, who asserted that he was unaware that the hearing was still taking place because he believed he had filed a notice of change of address and cured the defects raised in the pending motions. ECF No. 43, Ex. A. The Court ordered Diaz to file a Notice of Change of Address or Oppositions to the pending Motion to Strike or Motion for Default Judgment by no later than January 31, 2023. ECF No. 46. On January 31, 2023, Diaz filed a Notice of Errata RE: Change of Address and provided the following address: 250 N. College Park Drive, Unit i13, Upland, CA 91786. ECF No. 50.

In light of the Notice of Change of Address, the Court issued an Order Denying the Motion to Strike and Motion for Default Judgment. ECF No. 54. On May 22, 2023, the Court issued a Scheduling Order. ECF No. 59.

Recent orders by the Court have once again been returned as undeliverable, despite being addressed to Diaz at his most recently provided address. *See* ECF Nos. 55, 58, 61. Moreover, on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02344-MEMF-GJS                                      Date: June 8, 2023

Title   <u>Jane Doe v. Joseph Diaz Jr.</u>

May 31, 2023, Doe filed a Motion to Continue Pre-Trial and Trial Deadlines, noting that the parties had not engaged in any discovery efforts pending the resolution of the Motion to Strike and Motion for Default Judgment and requesting additional time for the parties to conduct discovery. ECF No. 60 ("Mot. to Continue"). Counsel noted in the Motion that despite efforts to meet and confer with Diaz regarding the Motion to Continue, Diaz had not responded to any of counsel's email communications. *Id.* at 2.

In light of the foregoing, the Court orders the parties to appear in-person at a Status Conference on June 15, 2023, at 3:00 p.m. to address the issues before the Court.

As mentioned, the Court previously declined to strike Diaz's Answer on the grounds that Diaz cured the defects in his Answer by correcting his address. If Diaz fails to appear at the Status Conference to address the ongoing issue with Diaz's address, the Court may revisit the question of whether to strike his Answer. Striking Diaz's Answer may leave Diaz vulnerable to default and default judgment.

If the parties wish to request a continuance of the Status Conference because they are unable to attend in person, they must contact the Courtroom Deputy Clerk at MEMF_Chambers@cacd.uscourts.gov by no later than Friday, June 9, at 5:00 p.m.

The Court understands that Diaz has access to the CM/ECF system, previously received notice of this Court orders via that system, and previously filed documents through that system. For the avoidance of doubt and out of an abundance of caution, however, the Clerk is ordered to serve on Diaz via mail and via email (jojotheboxer@gmail.com) this Order as well as the Court's Order of March 23, 2023 (ECF No. 54) and the Civil Trial Order of May 22, 2023 (ECF No. 59).

|  | : |
|---|---|
| **Initials of Preparer** | KD |