**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | | Case No.: 2:22-CV-02344-MEMF-GJSx |
| | Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES [ECF NO. 60]** |
| v. | | |
| JOSEPH DIAZ JR., | | |
| | Defendant. | |

      On May 31, 2023, Plaintiff filed a Motion to Continue Pretrial and Trial Deadlines, noting that the parties had not engaged in any discovery efforts pending the resolution of the Motion to Strike and Motion for Default Judgment and requesting additional time for the parties to conduct discovery. ECF No. 60 ("Mot. to Continue"). Counsel noted in the Motion that despite efforts to meet and confer with Defendant Diaz regarding the Motion to Continue, Diaz had not responded to any of counsel's email communications. *Id.* at 2.

      On June 8, 2023, the Court ordered the parties to appear in-person at a Status Conference on June 15, 2023, at 3:00 p.m. to address the issues presented in the Motion to Continue. ECF No. 62. Diaz was served a copy of the Court's June 8, 2023 Order via mail and email

(jojotheboxer@gmail.com). Despite confirming receipt of the Court's order, however, Diaz did not appear at the Status Conference.

The Court, having considered the Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the deadlines are extended as follows:

- Fact Discovery Cut-Off: August 29, 2023
- Expert Disclosure (Initial): August 29, 2023
- Expert Disclosure (Rebuttal): September 5, 2023
- Expert Discovery Cut-Off: September 19, 2023
- Last Day to Hear Motions: November 2, 2023
- Settlement Conference Deadline: November 14, 2023
- Trial Filings (First Round): December 27, 2023
- Trial Filings (Second Round): January 10, 2024
- Final Pretrial Conference: January 24, 2024 at 9:00 am
- Trial: February 12, 2024 at 8:30 am

IT IS SO ORDERED.

Dated: June 23, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge