UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
312 NORTH SPRING STREET, ROOM 180 (best reading: FIRST TEMPLE STREET, ROOM 180)
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST
07/03/2023
US POSTAGE $001.50⁰
FIRST-CLASS MAIL
ZIP 90012
041M114



NIXIE   910  7E 1   7207/05/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90012333299   2347N189182-06539

VAC

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

MFMF

Case: 2:22cv2344   Doc: 65

Joseph Diaz Jr.
250 North College Park Drive, Unit i13
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36080908@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Order on Motion to Continue Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/26/2023 at 5:33 PM PDT and filed on 6/23/2023

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 65 |

**Docket Text:**
**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES [ECF NO. [60]] by Judge Maame Ewusi-Mensah Frimpong. The Court, having considered the Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the deadlines are extended as follows: Fact Discovery Cut-Off: August 29, 2023; Expert Disclosure (Initial): August 29, 2023; Expert Disclosure (Rebuttal): September 5, 2023; Expert Discovery Cut-Off: September 19, 2023; Last Day to Hear Motions: November 2, 2023; Settlement Conference Deadline: November 14, 2023; Trial Filings (First Round): December 27, 2023; Trial Filings (Second Round): January 10, 2024; Final Pretrial Conference: January 24, 2024 at 9:00 am; Trial: February 12, 2024 at 8:30 am; IT IS SO ORDERED. (See document for further details)(yl)**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana     rdhungana@fedpractice.com, docketclerk@fedpractice.com, clagarde@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Joseph Diaz
250 North College Park Drive, Unit i13
Upland CA 91786
US

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | | Case No.: 2:22-CV-02344-MEMF-GJSx |
| | Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES [ECF NO. 60]** |
| v. | | |
| JOSEPH DIAZ JR., | | |
| | Defendant. | |

On May 31, 2023, Plaintiff filed a Motion to Continue Pretrial and Trial Deadlines, noting that the parties had not engaged in any discovery efforts pending the resolution of the Motion to Strike and Motion for Default Judgment and requesting additional time for the parties to conduct discovery. ECF No. 60 ("Mot. to Continue"). Counsel noted in the Motion that despite efforts to meet and confer with Defendant Diaz regarding the Motion to Continue, Diaz had not responded to any of counsel's email communications. *Id.* at 2.

On June 8, 2023, the Court ordered the parties to appear in-person at a Status Conference on June 15, 2023, at 3:00 p.m. to address the issues presented in the Motion to Continue. ECF No. 62. Diaz was served a copy of the Court's June 8, 2023 Order via mail and email

(jojotheboxer@gmail.com). Despite confirming receipt of the Court's order, however, Diaz did not appear at the Status Conference.

The Court, having considered the Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the deadlines are extended as follows:

- Fact Discovery Cut-Off: August 29, 2023
- Expert Disclosure (Initial): August 29, 2023
- Expert Disclosure (Rebuttal): September 5, 2023
- Expert Discovery Cut-Off: September 19, 2023
- Last Day to Hear Motions: November 2, 2023
- Settlement Conference Deadline: November 14, 2023
- Trial Filings (First Round): December 27, 2023
- Trial Filings (Second Round): January 10, 2024
- Final Pretrial Conference: January 24, 2024 at 9:00 am
- Trial: February 12, 2024 at 8:30 am

IT IS SO ORDERED.

Dated: June 23, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge