UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NIXIE   910   40 1   7207/11/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

VAC

MEMF

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

NEOPOST
06/28/2023
US POSTAGE

Case: 2:22cv2344   Doc: 64

Joseph Diaz Jr.
250 North College Park Drive,   Unit i13
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36075067@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Status Conference - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/26/2023 at 11:02 AM PDT and filed on 6/15/2023

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 64 |

**Docket Text:**
**STATUS CONFERENCE (Held and Completed) held before Judge Maame Ewusi-Mensah Frimpong. The Status Conference is held. The Court confers with Plaintiff's counsel regarding the status of the case. Plaintiff informs the Court that he will renew his motion to strike and asks that Court rule on Plaintiff's motion to continue pretrial and trial deadlines, ECF No. 60. The Court informs Plaintiff's counsel that it will grant the motion and a separate Court order will issue. Court Reporter: Laura Elias. (yl)**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com, clagarde@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Joseph Diaz
250 North College Park Drive, Unit i13
Upland CA 91786
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 22-02344-MEMF-(GJSx) | Date | June 15, 2023 |
| Title | Jane Doe v. Joseph Diaz Jr. | | |

PRESENT: **Honorable Maame Ewusi-Mensah Frimpong
United States District Judge**

Kelly Davis
Courtroom Deputy Clerk

Laura Elias
Court Reporter

Attorneys Present for Plaintiff:
Rajan Dhungana

Attorneys Present for Defendant:
Not Present

**PROCEEDINGS:   STATUS CONFERENCE (Held and Completed)**

    Case called.   No appearance is made by Defendant Joseph Diaz, Jr. The Court confirmed with the Clerk that Defendant was provided notice of the status conference via email.
    The Status Conference is held. The Court confers with Plaintiff's counsel regarding the status of the case. Plaintiff informs the Court that he will renew his motion to strike and asks that the Court rule on Plaintiff's motion to continue pretrial and trial deadlines, ECF No. 60. The Court informs Plaintiff's counsel that it will grant the motion and a separate Court order will issue.

: 07

Initials of Deputy Clerk   kd