# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH DIAZ, JR<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–02344–MEMF–GJS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/11/2023

Document No.:   68

Title of Document:   MOTION to Strike Defendant's Answer

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judges Procedure page at http://www.cacd.uscourts.gov/honorable–maame–ewusi–mensah–frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re–submitted in accordance with the Judge's procedures and posted sample.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  August 21, 2023          By:   /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                        Deputy Clerk

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS