# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 22-02344-MEMF-(GJSx) | Date | September 14, 2023 |
| Title | Jane Doe v. Joseph Diaz, Jr. | | |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

| Kelly Davis | Katie Thibodeaux |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Rajan Dhungana | Not Present |

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

Case called.   No appearances are made by the defendant.   Court and counsel confer re: the Motion to Strike Defendant's Answer filed by Plaintiff Jane Doe [68].   The Court takes the matter under submission. All pending hearing dates are vacated by the Court. A separate Court order shall issue.

                                                                                                        :    02

                                                          Initials of Deputy     kd
                                                          Clerk