**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:22cv2344  Doc: 71

Joseph Diaz Jr.
150 North College Park Drive, Unit i13
Upland, CA 91786

MeMF

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  ASH        DEPUTY

CSO LYBAL
X-RAYED

NEOPOST
09/28/2023
US POSTAGE $001.

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

10/02/23

9178622220-1N

Case: 2:22cv2344   Doc: 71

Joseph  Diaz Jr.
250 North College Park Drive,   Unit i13
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36597089@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS Jane Doe v. Joseph Diaz Jr. Motion Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/25/2023 at 2:07 PM PDT and filed on 9/14/2023

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 71 |

**Docket Text:**
**3MOTION HEARING (Held and Completed) before Judge Maame Ewusi-Mensah Frimpong. Court and counsel confer re: the Motion to Strike Defendant's Answer filed by Plaintiff Jane Doe [68]. The Court takes the matter under submission. All pending hearing dates are vacated by the Court. A separate Court order will issue. Court Reporter: Katie Thibodeaux. (yl)**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com, clagarde@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Joseph Diaz
250 North College Park Drive, Unit i13
Upland CA 91786
US