

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 2:22cv2344   Doc: 73

Joseph  Diaz Jr.
250 North College Park Drive,   Unit i13
Upland, CA 91786

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36848184@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02344-MEMF-GJS
Jane Doe v. Joseph Diaz Jr. Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/7/2023 at 11:49 AM PST and filed on 11/7/2023

| | |
|---|---|
| **Case Name:** | Jane Doe v. Joseph Diaz Jr. |
| **Case Number:** | 2:22-cv-02344-MEMF-GJS |
| **Filer:** | |
| **Document Number:** | 73 |

**Docket Text:**
**ORDER GRANTING MOTION TO STRIKE [68] by Judge Maame Ewusi-Mensah Frimpong.
In light of the foregoing, the Court hereby ORDERS as follows: 1. The Motion to Strike (ECF
No. 68) is GRANTED; 2. Defendant Diaz's Amended Answer (ECF No. 24) is stricken; 3. In
light of the striking of the Amended Answer, Doe may seek default and default judgment; and 4.
Upon the filing of any motion for default judgment, if Does preferred hearing date is not
available, counsel for Doe may contact the Courtroom Deputy Clerk at
MEMF_Chambers@cacd.uscourts.gov to request an expedited hearing. (SEE DOCUMENT
FOR FURTHER DETAILS.) (rolm)**

**2:22-cv-02344-MEMF-GJS Notice has been electronically mailed to:**
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com,
clagarde@fedpractice.com
**2:22-cv-02344-MEMF-GJS Notice has been delivered by First Class U. S. Mail or by other
means BY THE FILER to :**
Joseph Diaz
250 North College Park Drive, Unit i13
Upland CA 91786
US