Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Jane Doe

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

| | |
|---|---|
| JANE DOE, | 2:22-cv-02344-MEMF-GJSx |
| Plaintiff, | **PLAINTIFF JANE DOE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSEPH 'JOJO' DIAZ, JR.** |
| v. | |
| JOSEPH 'JOJO' DIAZ JR., | Courtroom: 8B |
| Defendant. | Judge: Hon. Maame Ewusi-Mensah Frimpong |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Jane Doe respectfully requests that the Clerk enter a default judgment against Defendant Joseph 'Jojo' Diaz, Jr. on the grounds that Defendant Diaz failed to appear at the Rule 16(b) Scheduling Conference, failed to appear at the Status Conference on June 15, 2023, and has failed to properly respond to the Complaint within the time period prescribed by the Federal Rules of Civil Procedure and this Court's June 8, 2022, Order. Affidavit of Rajan O. Dhungana, ¶¶ 1-15.

On October 6, 2022, the Court held a Scheduling Conference pursuant to Federal Rule of Civil Procedure 16(b). [Doc. 31]. Affidavit, ¶12. Defendant Diaz failed to appear at the Scheduling Conference. [Doc. 31]. Affidavit, ¶12.

On June 8, 2023, the Court issued an Order directing the parties to appear for an in-person Status Conference on June 15, 2023, due to Court orders once more having been returned undelivered to Defendant's given address. [Doc. 62]. Affidavit, ¶ 17. Defendant failed to appear for the Status Conference as ordered. [Doc. 64]. Affidavit, ¶ 18.

Plaintiff Jane Doe filed her Complaint on April 7, 2022. [Doc. 1], Affidavit, ¶2. The summons was issued on April 8, 2022. [Doc. 7], Affidavit, ¶3. Defendant Diaz was personally served with the Summons and Complaint on April 8, 2022 [Doc. 10], Affidavit, ¶4. Amended proof of service was filed with the Court on

October 19, 2022, to reflect Defendant Diaz's name as it appears on the case initiation documents. [Doc. 3, 34], Affidavit, ¶4.

Plaintiff, as a courtesy, afforded Defendant Diaz an additional three weeks to answer the Complaint. Affidavit, ¶5. Defendant, acting *in pro per*, filed his Answer to Plaintiff's Complaint on May 18, 2022. [Doc. 17], Affidavit, ¶6. On May 20, 2022, The Court rejected the Answer as deficient and ordered Defendant to file an Amended Answer within five days of the Order. [Doc. 19], Affidavit, ¶7.

Defendant, in violation of the Order, filed his Amended Answer on June 24, 2022—a month after the five-day deadline provided by the Court. [Doc. 24], Affidavit, ¶8. The Amended Answer included an email address, a telephone number, and a physical address. [Doc. 24], Affidavit, ¶8. On July 19, 2022, a filing from the Court entitled "Mail Returned to Clerk" demonstrated a mailing envelope that was sent from the Officer of the Clerk to the Defendant at the address provided in his Amended Answer. [Doc. 27], Affidavit, ¶9. The envelope was marked "RTS Not at this address." [Doc. 27], Affidavit, ¶9. On September 23, 2022, Plaintiff moved to strike Defendant's Amended Answer on the basis that Defendant, for a second time, failed to comport with the local rules and the Court's Order requiring him to provide his address. [Doc. 29], Affidavit, ¶10.

Defendant subsequently filed a Notice of Change of Address on October 19, 2022. [Doc. 35], Affidavit, ¶ 13. Subsequently, that updated address was found to

Plaintiff Jane Doe's Application for Entry of Default Judgment Against Defendant Joseph 'JoJo' Diaz, Jr.

be invalid. [Doc. 47, Doc. 48, Doc. 49]. Affidavit, ¶ 14. Defendant filed a Notice of Errata on January 31, 2023, asserting that the previously given address was incorrectly stated on the filing. [Doc. 50], Affidavit, ¶ 15. However, subsequent mailings of the Court to said address were also returned, with a notation suggesting the updated address did not exist. [Doc. 61], Affidavit, ¶ 16. Plaintiff filed her Notice of Motion and Motion to Strike Defendant's Answer on August 11, 2023. [Doc. 68], Affidavit, ¶ 19. The Motion to Strike was set for hearing on September 14, 2023. Affidavit, ¶ 19. Diaz failed to appear for the hearing on the Motion to Strike, and the Court entered an Order granting the Motion, thereby striking Diaz's Amended Answer. [Doc. 70], Affidavit, ¶¶ 20-21.

With the striking of Defendant's Amended Answer, Plaintiff's original Petition has never been answered, and Defendant Diaz is therefore in default. Plaintiff does not believe that Defendant Diaz is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

| | |
|---|---|
| Dated: November 30, 2023 | Respectfully submitted,<br><br>/s/ *Rajan O. Dhungana*<br>Rajan O. Dhungana (SBN: 297794)<br>431 N Brookhurst St, Suite<br>Anaheim, CA 92801<br>Telephone: (310) 795-6905<br>rdhungana@fedpractice.com<br><br>*Attorney for Plaintiff Jane Doe* |