Proof of Service as to –

Jane Doe v. Joseph "JoJo" Diaz, Jr.
Case No. 22-cv-02344-MEMF-GJSx

I, Junnipur Kasie Cashe, the undersigned, certify and declare that I am over the age of 18 years, residing in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 8, 2024, I served a true copy of the of the documents listed below.

1. An Email printout from February 6, 2024 containing an order only text by Judge Maame Ewusi-Mensah Frimpong ordering Plaintiff to provide notice to Defendant of the February 15, 2024 hearing on Plaintiff's Motion for Default Judgment (1 page);
2. PLAINTIFF JANE DOE'S NOTICE OF MOTION, MOTION, AND INCORPORATED MEMORANDUM TO ENTER DEFAULT JUDGMENT, Document 77 through 77-3, filed on 12/07/2023 (30 pages).

I served a true copy of the documents listed to Joseph 'JoJo' Diaz, Jr. by personally delivering it in person. I waited for Joseph 'JoJo' Diaz, Jr. at the Stanley Mosk Courthouse located at 111 North Hill St, Los Angeles, CA 90012 in front of Civil Court Department 20. I looked at the courtroom docket sheet and confirmed that Mr. Diaz was scheduled for a hearing in that courtroom for case number 22STCP00395.

At around 8:40am, a man matching the description of Joseph 'JoJo' Diaz, Jr. entered the Department 20 courtroom and I following him into the courtroom. I heard the man tell the court of the clerk that his name was Joseph Diaz, Jr. Joseph 'JoJo' Diaz, Jr. then walked out of the courtroom into the hallway. Joseph 'JoJo' Diaz, Jr. was wearing a dark shirt, plaid overcoat that went down to above his knee, tennis shoes with white accents, and light jeans. He had a tattoo on his right hand and tattoos on the back of his neck extending up into the back of his head were also visible. He had a moustache and short neat haircut.

Outside the courtroom, I asked the man if he was Joseph 'JoJo' Diaz, Jr. which he confirmed that that was his name. I handed him the documents which were contained together in a plain brown manila envelope.

*[Signature]* *[Signature]* feb 8, 24

See Attached for Notary

*[Signature]* 2/08/2024

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____)

On __02|08|2024__ before me, __Arsh Mengi (Notary Public)__
(insert name and title of the officer)

personally appeared __Junnipun Kasie Cashe__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

[Notary seal: Arsh Mengi, COMM# 2461156, NOTARY PUBLIC–CALIFORNIA, Orange County, MY COMM. EXPIRES 6/27/2027]