EXHIBIT 1



The Federal Practice Group                                        **Date: 3/8/2024**

801 17th Street, NW

Suite 250

Washington, DC 20006

**Case Name**: Jane Doe v. Diaz

**Attorney Fees**: $110,127.10

**Expenses**: $5,806.20

**Total**: $115,933.30

**Hours Expended:** 196

## Attorney Fees

| Date | User | Rate | Hours | Total | Description |
|------|------|------|-------|-------|-------------|
| 3/24/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email from SK regarding obligation to disclose address of a party and potential location of Diaz |
| 3/24/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Call with SK regarding CA criminal statue on sending harmful material to minors |
| 3/24/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ROD regarding obligation to disclose address of a party and potential location of Diaz. |
| 3/24/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with ROD regarding CA criminal statute on sending harmful material to minors. |
| 3/24/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Research date and time for next boxing bout to assist in service of process. |
| 3/24/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Research federal rules of evidence regarding attorney's obligation to disclose a party's current address. |
| 3/24/2022 | Saroja Koneru | $502.00 | 0.9 | $451.80 | Draft memorandum summarizing statutory and case law relevant to sending sexually explicit material to minors |
| 3/24/2022 | Saroja Koneru | $502.00 | 1.8 | $903.60 | Research federal and CA law and case law regarding sexually explicit messages sent to minors. |

| 3/25/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with CL regarding service and potential lawsuit. |
|---|---|---|---|---|---|
| 3/25/2022 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Research additional statutes related to sexual exploitation of minors. |
| 3/25/2022 | Saroja Koneru | $502.00 | 0.6 | $301.20 | Research case law on whether a criminal conviction is a prerequisite to civil liability under section 18 USC 2255. |
| 3/28/2022 | Saroja Koneru | $502.00 | 1.4 | $702.80 | Draft complaint for civil liability under 18 U.S.C. 2255. |
| 3/29/2022 | Saroja Koneru | $502.00 | 1.4 | $702.80 | Continue drafting complaint. |
| 3/30/2022 | Eric Montalvo | $751.00 | 0.2 | $150.20 | Case related email correspondence from ROD re client's current address; responded to same. |
| 3/30/2022 | Saroja Koneru | $502.00 | 1.4 | $702.80 | Edit draft complaint. |
| 3/31/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with EAC regarding edits to draft complaint. |
| 3/31/2022 | Saroja Koneru | $502.00 | 1 | $502.00 | Further edit draft complaint. |
| 4/1/2022 | Eric Montalvo | $751.00 | 0.2 | $150.20 | Call with SK regarding draft complaint. |
| 4/1/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with ESM regarding draft complaint. |
| 4/1/2022 | Saroja Koneru | $502.00 | 0.5 | $251.00 | Edit draft complaint to incorporate additional information from client. |
| 4/4/2022 | Carol Thompson | $697.00 | 0.1 | $69.70 | Phone call with SK to discuss filing via pseudonym and under seal. |
| 4/4/2022 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Call w/ SK re draft complaint. |
| 4/4/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with CAT regarding motion to file the matter under seal and a pseudonym. |
| 4/4/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ESM regarding draft complaint. |
| 4/4/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Further edit draft complaint to include additional factual information from client. |
| 4/4/2022 | Saroja Koneru | $502.00 | 0.6 | $301.20 | Researched 9th Circuit case law regarding standard for filing under a pseudonym. |
| 4/5/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Email to ESM/ROD re logistics of serving Diaz. |
| 4/5/2022 | Daisy Chung | $220.00 | 0.3 | $66.00 | Conference call with ROD, SK, and ESM re filing of process. |
| 4/5/2022 | Daisy Chung | $220.00 | 2.1 | $462.00 | Research into logistics of serving Diaz. |
| 4/5/2022 | Eric Montalvo | $751.00 | 1 | $751.00 | Review draft complaint. |
| 4/5/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email from DC re logistics of serving Diaz. |
| 4/5/2022 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Call with SK, DC, and ESM regarding filing complaint under pseudonym and filing the exhibit under seal |
| 4/5/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ESM enclosing draft complaint for his review. |

| 4/5/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Redact client's name from complaint to be filed with motion to proceed under pseudonym. |
|---|---|---|---|---|---|
| 4/5/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Call with ESM, ROD, and DC regarding filing complaint under a pseudonym and filing the exhibit under seal. |
| 4/5/2022 | Saroja Koneru | $502.00 | 0.6 | $301.20 | Draft application for leave to file exhibit under seal. |
| 4/5/2022 | Saroja Koneru | $502.00 | 0.6 | $301.20 | Draft motion to proceed under a pseudonym. |
| 4/5/2022 | Saroja Koneru | $502.00 | 1.2 | $602.40 | Research CA procedure regarding filing under a pseudonym and seal for complaint. |
| 4/6/2022 | Eric Montalvo | $751.00 | 0.3 | $225.30 | Review case related email correspondence from SK re draft complaint revisions and attachments and respond to same. |
| 4/6/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Review email from SK enclosing draft motions and local rules |
| 4/6/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review email from SK regarding local rules for filing under seal |
| 4/6/2022 | Rajan Dhungana | $638.00 | 1.2 | $765.60 | Review, revise, edit, finalize Complaint |
| 4/6/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Draft Notice of Manual Filing for sealed exhibit to complaint. |
| 4/6/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ESM and ROD regarding local rules for filing under seal. |
| 4/6/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Draft proposed order for motion to proceed under pseudonym. |
| 4/6/2022 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Draft declaration in support of application for leave to file under seal. |
| 4/6/2022 | Saroja Koneru | $502.00 | 0.5 | $251.00 | Research local rules for handling of obscene material. |
| 4/6/2022 | Saroja Koneru | $502.00 | 0.6 | $301.20 | Draft proposed order for application for leave to seal. |
| 4/6/2022 | Saroja Koneru | $502.00 | 1 | $502.00 | Call with ESM regarding edits to draft complaint. |
| 4/6/2022 | Saroja Koneru | $502.00 | 1 | $502.00 | Edit motion to seal exhibit and motion to proceed under pseudonym. |
| 4/6/2022 | Saroja Koneru | $502.00 | 2.1 | $1,054.20 | Edit draft complaint pursuant to ESM's review. |
| 4/7/2022 | Carol Thompson | $697.00 | 0.8 | $557.60 | Review and revise the complaint. |
| 4/7/2022 | Daisy Chung | $220.00 | 0.4 | $88.00 | Redact explicit photos, bates stamp both unredacted and redacted photos, email to SK |
| 4/7/2022 | Eric Montalvo | $751.00 | 0.4 | $300.40 | Call w/ SK re revised draft complaint. |
| 4/7/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email from SK re complaint and corresponding exhibits |

| 4/7/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email from SK with civil cover sheet enclosed |
|---|---|---|---|---|---|
| 4/7/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Call with SK regarding draft complaint |
| 4/7/2022 | Rajan Dhungana | $638.00 | 0.4 | $255.20 | File Complaint, Summons, Cover Sheet, Notice of Assignment |
| 4/7/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD regarding draft complaint. |
| 4/7/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ROD re complaint and corresponding exhibits. |
| 4/7/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Review and incorporate ESM edits to draft complaint. |
| 4/7/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Email to ROD enclosing civil cover sheet. |
| 4/7/2022 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Call with ESM regarding revised draft complaint. |
| 4/7/2022 | Saroja Koneru | $502.00 | 1 | $502.00 | Edit draft complaint following CAT and ROD review. |
| 4/8/2022 | Daisy Chung | $220.00 | 3 | $660.00 | Coordination with process server to effect service. |
| 4/8/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Prepare and file Notice of Interested Parties |
| 4/8/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Emailed copy of filed complaint to client. |
| 4/8/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ROD regarding motion dates for assigned judge. |
| 4/8/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Prepared certification and notice of interested parties. |
| 4/11/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Email to BND re service of process invoice |
| 4/11/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Email to process server re affidavit needed for proof of service |
| 4/11/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Call with SK regarding application for leave and motion to file under pseudonym |
| 4/11/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD regarding application for leave and motion to file under pseudonym. |
| 4/12/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Pull recent filing, save internally, email to detailed attorneys |
| 4/12/2022 | Daisy Chung | $220.00 | 0.3 | $66.00 | Coordinate billing/invoice for payment with BND re process server |
| 4/12/2022 | Daisy Chung | $220.00 | 0.5 | $110.00 | Coordinate proof of service documents with process server, email to all detailed attorneys re documents ready to file |
| 4/12/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | File proof of service |
| 4/19/2022 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Review Motion to Proceed Under Pseudonym |
| 4/19/2022 | Rajan Dhungana | $638.00 | 0.7 | $446.60 | Review Application to Seal Case |
| 4/20/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Calendar deadline for Diaz to file answer to complaint |

| 4/20/2022 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Review case related email correspondence from SK re status of filing motion to proceed under pseudonym and application for leave to file under seal. |
|---|---|---|---|---|---|
| 4/20/2022 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Review case related email correspondence from SK re deadline for answer to complaint. |
| 4/20/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | File Motion to Proceed Under Pseudonym |
| 4/20/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Call with SK regarding chambers copy requirements for application for leave to file under seal |
| 4/20/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ESM regarding status of filing motion to proceed under pseudonym and application for leave to file under seal. |
| 4/20/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with ROD regarding chambers copy requirements for application for leave to file under seal. |
| 4/20/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ESM regarding deadline for answer to complaint. |
| 4/21/2022 | Admin | $150.00 | 1.8 | $270.00 | Personally delivered chambers copies to court |
| 4/21/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Confirm with CL re send courtesy copies to Defendant's purported counsel. |
| 4/22/2022 | Rajan Dhungana | $638.00 | 0.5 | $319.00 | Phone call with Defendant's purported counsel Gina Simas of VGC. |
| 4/27/2022 | Eric Montalvo | $751.00 | 0.2 | $150.20 | Call with client and SK regarding settlement offer from Defendant's purported counsel. |
| 4/27/2022 | Rajan Dhungana | $638.00 | 0.5 | $319.00 | Phone call with Defendant's purported counsel Gina Simas of VGC. |
| 4/27/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with client and ESM regarding settlement offer. |
| 4/28/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Follow up call with client and ESM regarding settlement offer. |
| 5/2/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email from SK regarding answer to complaint |
| 5/2/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ROD regarding answer to complaint. |
| 5/3/2022 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Phone call with Defendant's purported counsel Gina Simas of VGC re settlement offer. |
| 5/4/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email to Defendant's purported counsel Gina Simas of VGC as to their formal appearance in the case. |
| 5/5/2022 | Eric Cox | $751.00 | 0.7 | $525.70 | Review settlement agreement; email ROD with concerns |

| 5/10/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email to Defendant's purported counsel Gina Simas of VGC rejecting settlement offer. |
| 5/23/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Calendar hearing date/ email for detailed attorneys |
| 5/23/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email to DC re sealed docket; response to complaint |
| 5/23/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Email to DC regarding pseudonym research. |
| 5/24/2022 | Eric Cox | $751.00 | 4.1 | $3,079.10 | Draft motion/order for access to sealed docket, request for Diaz contact info |
| 5/24/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with EAC regarding motion for seal. |
| 5/25/2022 | Daisy Chung | $220.00 | 0.3 | $66.00 | Reply emails (3) to EAC re proof of service, summonses |
| 5/26/2022 | Rajan Dhungana | $638.00 | 1.9 | $1,212.20 | Appear for hearing in District Court RE Application to Seal and Pseudonym Motion |
| 6/14/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Review docket to confirm no answer was filed from Diaz, reply email to all attorneys |
| 6/14/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with EAC regarding service. |
| 6/15/2022 | Eric Cox | $751.00 | 0.5 | $375.50 | Begin to draft joint 26F report; discovery to Diaz |
| 6/16/2022 | Eric Cox | $751.00 | 5 | $3,755.00 | Draft discovery documents to have ready in the event we do not get default on Diaz; coordinate with SK to get more facts of the underlying matter |
| 6/16/2022 | Saroja Koneru | $502.00 | 0.6 | $301.20 | Edit EAC draft of initial disclosure filing. |
| 6/21/2022 | Eric Cox | $751.00 | 0.4 | $300.40 | Review LB edits to default paperwork; call w/ ROD re: order to seal and outside interest |
| 6/22/2022 | Eric Cox | $751.00 | 0.8 | $600.80 | Review ROD revisions to default paperwork, look up whether to notice it for a hearing; emails w/ ROD re: notice requirements |
| 6/22/2022 | Rajan Dhungana | $638.00 | 0.6 | $382.80 | Review and file application for Clerk to Enter Default |
| 6/22/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email JoJo Diaz Jr. a copy of the Application for Entry of Default Judgment |
| 6/28/2022 | Eric Cox | $751.00 | 0.5 | $375.50 | Review court's scheduling order, Diaz' answer to complaint |
| 7/13/2022 | Eric Cox | $751.00 | 0.3 | $225.30 | Revise discovery production in light of ghostwriting research |
| 7/14/2022 | Laura Berry | $807.00 | 0.3 | $242.10 | Calendar dates from Acknowledgment and Order |
| 7/20/2022 | Eric Cox | $751.00 | 2.2 | $1,652.20 | Research caselaw on compelled Rule 35 medical exams to ID body parts that defendant denies is him; research timing for discovery |

| 9/6/2022 | James C. Asbill | $584.00 | 0.6 | $350.40 | Telephone conference with Laura Berry re: path forward to litigation and documents needed to address issues. |
|---|---|---|---|---|---|
| 9/6/2022 | James C. Asbill | $584.00 | 1 | $584.00 | Research case law regarding moving to strike an answer. |
| 9/6/2022 | James C. Asbill | $584.00 | 2 | $1,168.00 | Draft Application to Amend Caption. |
| 9/6/2022 | James C. Asbill | $584.00 | 2.5 | $1,460.00 | Draft Motion to Strike the Answer. |
| 9/6/2022 | Laura Berry | $807.00 | 0.4 | $322.80 | Conference with James Asbill re meet and confer letter, draft motions |
| 9/7/2022 | James C. Asbill | $584.00 | 0.5 | $292.00 | Telephone conference with ROD, Laura, and SK re: plan for meet and confer conference and ongoing litigation strategy in light of the court's imposed deadlines. |
| 9/7/2022 | James C. Asbill | $584.00 | 1.4 | $817.60 | Draft Meet & Confer Letter to Diaz |
| 9/7/2022 | Rajan Dhungana | $638.00 | 0.5 | $319.00 | Conference call with James Asbill, LEB, and SK re plan for meet and confer conference and ongoing litigation strategy in light of the court's imposed deadlines |
| 9/7/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review and revise Meet and Confer letter to JoJo Diaz Jr. |
| 9/7/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr. letter to meet and confer |
| 9/14/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email follow up to JoJo Diaz Jr. regarding the meet and confer letter and required meeting for filing of a joint discovery plan |
| 9/15/2022 | Laura Berry | $807.00 | 0.2 | $161.40 | Telephone Call with ROD re meet and confer, motions, discovery plan |
| 9/15/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Call with LEB re meet and confer, motions, and discovery plan |
| 9/19/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Call with SK regarding status of matter |
| 9/19/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD regarding status of matter. |
| 9/20/2022 | Laura Berry | $807.00 | 0.4 | $322.80 | Review/revise draft Joint Rule 26(f) Report |
| 9/21/2022 | Laura Berry | $807.00 | 3.7 | $2,985.90 | Revise draft Rule 26(f) Report |
| 9/22/2022 | Laura Berry | $807.00 | 0.6 | $484.20 | Revise draft motion to strike answer |
| 9/22/2022 | Laura Berry | $807.00 | 1.5 | $1,210.50 | Revise and finalize Joint Rule 26(f) Report; emails to ROD re filing |
| 9/22/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review Joint Rule 26(f) Report. |
| 9/22/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Filed Joint Rule 26(f) Report |
| 9/22/2022 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Review and Revise Motion to Strike Defendant's Amended Answer |
| 9/22/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr. re draft Joint Conference Report Rule 26(f) |
| 9/22/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review and revise draft joint conference report rule 26(f) |

| 9/23/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Pull recent filing, save internally, email to detailed attorneys |
| 9/23/2022 | James C. Asbill | $584.00 | 0.2 | $116.80 | Revise draft of Motion to Strike to resolve questions and notes from Laura Berry & circulate to team. |
| 9/23/2022 | James C. Asbill | $584.00 | 0.4 | $233.60 | Draft Proposed Order on Motion to Strike |
| 9/23/2022 | James C. Asbill | $584.00 | 1.2 | $700.80 | Revise draft of Motion to Strike to turn into combined Notice of Motion and Motion to Strike. |
| 9/23/2022 | Laura Berry | $807.00 | 1.2 | $968.40 | Review/revise motion to strike answer; email to JA for revision |
| 9/23/2022 | Rajan Dhungana | $638.00 | 0.7 | $446.60 | Review and file Motion to Strike Defendant's Answer |
| 9/24/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr. a copy of the motion to strike amended answer |
| 9/26/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Phone call with ESM to discuss providing copies of filing to client, providing status update |
| 9/26/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Edited proposed order for motion to strike. |
| 9/28/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Email to SK re send copies of relevant filings to client |
| 10/4/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Forward email to ESM and CL re filed revised proposed order per notice from court |
| 10/4/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Phone call from C. Lagarde re scheduled conference hearing on October 6th |
| 10/4/2022 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Review case related email from DC re filed revised proposed order per notice from court |
| 10/5/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Revise calendar re: scheduling conference for 10/06/22 |
| 10/6/2022 | Laura Berry | $807.00 | 0.2 | $161.40 | Telephone Call with ROD re status conference |
| 10/6/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Call with SK regarding outcome of scheduling conference |
| 10/6/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Telephone call with LEB re status conference |
| 10/6/2022 | Rajan Dhungana | $638.00 | 2.3 | $1,467.40 | Appear for Order Setting Scheduling Conference in District Court |
| 10/6/2022 | Rajan Dhungana | $638.00 | 0.9 | $574.20 | Appeared for Scheduling Conference. Defendant no show. |
| 10/6/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to LB regarding scheduling conference. |
| 10/6/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD regarding outcome of scheduling conference. |
| 10/13/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Correspondence with SK regarding procedure for requesting telephonic appearance |

| 10/13/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD regarding procedure for requesting telephonic appearance. |
|---|---|---|---|---|---|
| 10/14/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull recent filing, review minute order, save, calendar hearing date |
| 10/17/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull recent order, save, review, email to detailed attorneys |
| 10/17/2022 | Daisy Chung | $220.00 | 0.4 | $88.00 | Calendar all pretrial and trial dates per trial order |
| 10/18/2022 | Laura Berry | $807.00 | 0.6 | $484.20 | Telephone Call with SK re motions to draft, procedure; emails re same; review affidavit of service and complaint caption |
| 10/18/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to process server regarding amended affidavit of service. |
| 10/18/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Call with LB regarding motion for default judgment. |
| 10/19/2022 | Laura Berry | $807.00 | 0.2 | $161.40 | Review corrected affidavit of service; email to/from SK and ROD re same |
| 10/19/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email to/from LEB and SK re corrected affidavit of services |
| 10/19/2022 | Saroja Koneru | $502.00 | 1.7 | $853.40 | Draft application for default. |
| 10/20/2022 | Laura Berry | $807.00 | 0.4 | $322.80 | Telephone Call with SK re motions and default |
| 10/20/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | File amended proof of service |
| 10/20/2022 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Review and revise Application for Entry of Default |
| 10/20/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Edit draft application for default. |
| 10/20/2022 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Call with LB regarding motion for default. |
| 10/20/2022 | Saroja Koneru | $502.00 | 4.3 | $2,158.60 | Draft motion for default judgment and to treat motion to strike as conceded. |
| 10/21/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Pull recent filing, save, review, email to detailed attorneys |
| 10/21/2022 | Laura Berry | $807.00 | 1.2 | $968.40 | Review/revise draft pleadings for default; tel call with SK |
| 10/21/2022 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with LB regarding motion for default judgment. |
| 10/21/2022 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Obtain Soldier's and Sailor's affidavit. |
| 10/21/2022 | Saroja Koneru | $502.00 | 0.5 | $251.00 | Prepare supporting material for motion for default judgment. |
| 10/24/2022 | Laura Berry | $807.00 | 4.4 | $3,550.80 | Legal research re default; Tel call with SK; outline motion and memo; email to SK |

| 10/25/2022 | James C. Asbill | $584.00 | 2.5 | $1,460.00 | Revise draft of Motion for Default to incorporate analysis on the concession of the Motion to Strike, entry of default, and analysis of the legal standards for default. |
|---|---|---|---|---|---|
| 10/25/2022 | Saroja Koneru | $502.00 | 3.3 | $1,656.60 | Edit motion for default judgment. |
| 10/26/2022 | Eric Montalvo | $751.00 | 1 | $751.00 | Review draft default motion for filing. |
| 10/26/2022 | James C. Asbill | $584.00 | 0.2 | $116.80 | Draft Proposed Order to accompany the Motion for Default. |
| 10/26/2022 | James C. Asbill | $584.00 | 0.3 | $175.20 | Revise draft of Application for Entry of Default and Affidavit for Rajan to conform with the Motion for Default. |
| 10/26/2022 | James C. Asbill | $584.00 | 3.5 | $2,044.00 | Continue revising draft of Motion for Default to final draft form |
| 10/26/2022 | Laura Berry | $807.00 | 2 | $1,614.00 | Review/revise draft default documents; emails re same |
| 10/26/2022 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Review final draft of motion for default judgment and emailed JA and LB suggested edits. |
| 10/27/2022 | Daisy Chung | $220.00 | 1.7 | $374.00 | Review, revise, and format Motion for Default Judgment, Application for Default, and email final versions to ROD for filing |
| 10/27/2022 | Laura Berry | $807.00 | 0.4 | $322.80 | Review revised draft default papers |
| 10/27/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | File Application for Entry of Default Judgment |
| 10/31/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull recent filings, save, email to detailed attorneys |
| 11/14/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull recent order, save, review, calendar deadlines per order |
| 11/15/2022 | Daisy Chung | $220.00 | 0.4 | $88.00 | Reach out to multiple different process servers to inquire on same day process of service for notice of hearing |
| 11/15/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr.  the notice of court hearing on December 1, 2022 |
| 11/15/2022 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Reply to JoJo Diaz Jr.  email regarding communications with the court. |
| 11/15/2022 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Review local and federal rules regarding declarations in support of default judgment motions. |
| 11/16/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Provide update on process service on Diaz to detailed attorneys |
| 11/16/2022 | Daisy Chung | $220.00 | 0.3 | $66.00 | Correspondence with process server re service of notice of hearing |
| 11/18/2022 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Filed proof of service re Scheduling Notice |

| 11/22/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull recent filings (6), save, email to detailed attorneys |
|---|---|---|---|---|---|
| 11/30/2022 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Prepare for hearing on 12/01/2022 |
| 11/30/2022 | Saroja Koneru | $502.00 | 2.2 | $1,104.40 | Outlined arguments within motion to strike and for default in preparation for hearing. |
| 12/1/2022 | Rajan Dhungana | $638.00 | 0.8 | $510.40 | Appear and attend motion hearing regarding the application for entry of default judgment. |
| 12/1/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD regarding hearing on motion to strike and for default judgment. |
| 12/5/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Phone call to clerk re inquire on any ex parte communications defendant may have had with Court |
| 12/5/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull recent filing, review, save, email to detailed attorneys |
| 12/5/2022 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Call with SK and ROD regarding status of matter. |
| 12/5/2022 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ESM and ROD regarding status of matter. |
| 12/19/2022 | Daisy Chung | $220.00 | 0.2 | $44.00 | Review ECF notice, calendar motions hearing date |
| 12/20/2022 | Daisy Chung | $220.00 | 0.1 | $22.00 | Coordinate payment with process server re notice of hearing |
| 12/22/2022 | Daisy Chung | $220.00 | 0.3 | $66.00 | Pull recent order, review, save, email to detailed attorneys, calendar deadline for show cause hearing and filing deadline |
| 2/6/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull filing (DOC 50), save, review, email to detailed attorneys |
| 2/15/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Emails to ROD re coordinating personal service of hearing notice for Diaz per Court Order |
| 2/15/2023 | Daisy Chung | $220.00 | 0.3 | $66.00 | Reach out to process server, coordinate service on Diaz |
| 2/15/2023 | Daisy Chung | $220.00 | 0.3 | $66.00 | Prepare all documents for service re docket report, DOC 29, 36, 37 |
| 2/15/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Continue coordinating with process server re service on Diaz |
| 2/15/2023 | Laura Berry | $807.00 | 0.1 | $80.70 | Read Court's text order; email SK requesting analysis |
| 2/15/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD and DC regarding service per the Court's minute order. |
| 2/15/2023 | Saroja Koneru | $502.00 | 0.7 | $351.40 | Researched past orders, local rules, standing orders, and case law regarding service of notice to pro se defendant. |

| | | | | | |
|---|---|---|---|---|---|
| 2/17/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Follow up with process server re affidavit for proof of service on Diaz |
| 2/17/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with DC regarding service of notice. |
| 2/17/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD regarding service of notice. |
| 2/21/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Send proof of service received from server to ROD for filing |
| 2/21/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Coordinate revision of affidavit from process server re name issue |
| 2/21/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Send revised affidavit from process server to ROD for filing |
| 2/21/2023 | Daisy Chung | $220.00 | 0.8 | $176.00 | Coordinate affidavit of service filing re doc 46 service, phone call with LEB to discuss order, reach out to CA office for assistance with mailing out doc 46 for service |
| 2/21/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Draft ROD declaration, send to LEB per request |
| 2/21/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Draft certificate of service, send to LEB for review |
| 2/21/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Pull filed proof of service (DOC 52), save, review, email to detailed attorneys |
| 2/21/2023 | Eric Montalvo | $751.00 | 0.3 | $225.30 | Case related text message to/from ROD re case status updates, filed pleading. |
| 2/21/2023 | Laura Berry | $807.00 | 3.8 | $3,066.60 | Review process server's declaration; emails to/from DC; draft ROD declaration; numerous emails and tel calls in support of service of process being filed |
| 2/21/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Filed proof of service re: order to show cause |
| 2/21/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr. proof of service as ordered by the court |
| 2/21/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with DC and ROD regarding filing proof of service. |
| 3/17/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re upcoming hearing on default motion and motion to strike |
| 3/23/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Review order on motion to strike and for default judgment |
| 3/24/2023 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Review/edit rule 26(f) report |
| 3/28/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email JoJo Diaz Jr. draft Joint Report 26(f) |
| 3/30/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD re joint rule 26(f) report |
| 3/30/2023 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Call with TK re joint rule 26(f) report |
| 3/30/2023 | Timothy S. Kittle | $717.00 | 0.5 | $358.50 | Call with SK re joint rule 26(f) report. |

| 3/31/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to JA re joint rule 26(f) report |
|---|---|---|---|---|---|
| 4/4/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Email reminder to JoJo Diaz Jr. to review and complete his portion of the Joint Report 26(f) and to meet and confer |
| 4/4/2023 | Timothy S. Kittle | $717.00 | 1.5 | $1,075.50 | Review and revise draft 26(f) report prepared by SK. |
| 4/6/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Email to ROD re confirm filing of JSR due |
| 4/6/2023 | Daisy Chung | $220.00 | 0.5 | $110.00 | Format Diaz's changes to JSR, provide redlined document, and formatted JSR for filing |
| 4/6/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr. the final Joint Report 26(f) for his review |
| 4/6/2023 | Timothy S. Kittle | $717.00 | 0.1 | $71.70 | Email to DC re deadline for 26(f) report. |
| 4/6/2023 | Timothy S. Kittle | $717.00 | 0.8 | $573.60 | Correspondence with ROD and DC re draft 26(f) report. |
| 4/7/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Pull recent filing (doc 56), save, email to detailed attorneys |
| 4/12/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Review entry, cancel hearing re Diaz's order to show cause |
| 4/13/2023 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Call with TK re renewed motion for default and joint stipulation to extend deadlines |
| 4/13/2023 | Timothy S. Kittle | $717.00 | 0.2 | $143.40 | Call with SK re renewed motion for default and joint stipulation to extend deadlines. |
| 4/13/2023 | Timothy S. Kittle | $717.00 | 0.3 | $215.10 | Email to JA re next steps. |
| 5/22/2023 | Daisy Chung | $220.00 | 0.6 | $132.00 | Review civil trial order, calendar various deadlines |
| 5/22/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Pull recent filing, save, email to detailed attorneys |
| 5/22/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Review civil trial order |
| 5/22/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with TK re scheduling order |
| 5/22/2023 | Timothy S. Kittle | $717.00 | 0.3 | $215.10 | Call with SK re scheduling order. |
| 5/23/2023 | Daisy Chung | $220.00 | 0.4 | $88.00 | Reformat draft joint stipulation, send to SK |
| 5/23/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review and revise draft joint stipulation to extend deadlines |
| 5/23/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr. draft joint stipulation to extend deadlines |
| 5/23/2023 | Saroja Koneru | $502.00 | 2.4 | $1,204.80 | Draft joint stipulation to extend pretrial and trial deadlines |
| 5/23/2023 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Calls with TK re draft joint stipulation |
| 5/23/2023 | Saroja Koneru | $502.00 | 0.8 | $401.60 | Draft declaration in support of joint stipulation to extend deadlines |
| 5/23/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with TK re draft declaration in support of joint stipulation to extend deadlines |

| 5/23/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re joint stipulation to extend deadlines |
| 5/23/2023 | Timothy S. Kittle | $717.00 | 0.4 | $286.80 | Call with SK re draft joint stipulation to extend deadlines. |
| 5/30/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review and revise motion to continue pre-trial dates and trial deadlines |
| 5/30/2023 | Saroja Koneru | $502.00 | 2.8 | $1,405.60 | Draft motion to continue pretrial and trial deadlines, declaration in support, and proposed order |
| 5/30/2023 | Timothy S. Kittle | $717.00 | 0.9 | $645.30 | Correspondence with SK re draft Motion to Extend deadlines, proposed order, and declaration in support. |
| 5/31/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Pull recent filing, save, email to detailed attorneys |
| 5/31/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | File Motion to continue pre-trial dates and trial deadlines |
| 6/9/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with TK re status conference |
| 6/9/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re status hearing |
| 6/12/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Review TK email re research for status hearing |
| 6/12/2023 | Timothy S. Kittle | $717.00 | 2.3 | $1,649.10 | Research authorities in preparation for June 15th hearing. |
| 6/14/2023 | Rajan Dhungana | $638.00 | 0.4 | $255.20 | Prepare for 06/15/2023 hearing |
| 6/15/2023 | Rajan Dhungana | $638.00 | 0.9 | $574.20 | Appear and attend status conference hearing |
| 6/16/2023 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Call with DC re research for settlement. |
| 6/16/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ESM re research for settlement |
| 6/16/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD re status hearing |
| 6/16/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to TK re status hearing |
| 6/26/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added Document: DOC 64 Status Conference.pdf |
| 6/26/2023 | James C. Asbill | $584.00 | 2.3 | $1,343.20 | Revise draft of Notice of Motion, Motion, and Incorporated Memorandum to Strike Defendant's Amended Answer. |
| 6/26/2023 | James C. Asbill | $584.00 | 2.2 | $1,284.80 | Revise draft of Notice of Motion, Motion, and Incorporated Memorandum of Default Judgment. |
| 6/26/2023 | James C. Asbill | $584.00 | 0.3 | $175.20 | Draft Proposed Order Granting Renewed Motion to Strike. |
| 6/27/2023 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Review email from SK re motion for default judgment; responded to same. |
| 6/27/2023 | James C. Asbill | $584.00 | 0.1 | $58.40 | Email from Saroja Koneru re: document status. |
| 6/27/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with JA re motion to strike and motion for default judgment |

| 6/27/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ESM and ROD re motion for default judgment |
|-----------|---------------|---------|-----|--------|-----|
| 6/28/2023 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Review case related email correspondence from TK re MTS pleading, etc. |
| 6/28/2023 | James C. Asbill | $584.00 | 2 | $1,168.00 | Revise draft of Application for Entry of Default and Affidavit of ROD. |
| 6/29/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added Document: DOC 65.pdf |
| 6/29/2023 | Daisy Chung | $220.00 | 0.3 | $66.00 | Review order to continue pretrial and trial deadlines, re-calendar 14 deadlines |
| 7/10/2023 | James C. Asbill | $584.00 | 0.3 | $175.20 | Update drafts of Motions for entry of Diaz into default. |
| 7/10/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with TK re motion to strike/for default judgment |
| 7/10/2023 | Timothy S. Kittle | $717.00 | 0.3 | $215.10 | Call with SK re motion to strike and for default judgment; correspondence with JA re motion to strike; review motion. |
| 7/24/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Correspondence with ROD, TK, and JA re motion to strike |
| 8/8/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ROD re motion to strike |
| 8/10/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD re motion to strike and discovery |
| 8/11/2023 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Review and revise motion to strike defendant's answer |
| 8/11/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | File Motion to strike defendant's answer |
| 8/11/2023 | Timothy S. Kittle | $717.00 | 0.1 | $71.70 | Email correspondence with ROD re filing motion to strike answer. |
| 8/14/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Review Request for Admissions first set |
| 8/14/2023 | Saroja Koneru | $502.00 | 0.8 | $401.60 | Draft requests for admission |
| 8/14/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with TK re draft requests for admission |
| 8/15/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Calendar motions hearing on 09/14/23 |
| 8/15/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Email JoJo Diaz Jr.  First Set of Request for Admissions |
| 8/21/2023 | Rajan Dhungana | $638.00 | 0.1 | $63.80 | Filed proposed order curing deficiency in prior filing |
| 8/21/2023 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Revise draft proposed order for renewed motion to strike |
| 8/21/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with TK re revised proposed order for renewed motion to strike |
| 8/21/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ROD re revised proposed order |
| 8/29/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Calendar deadline for Diaz to respond to RFA |
| 9/11/2023 | Saroja Koneru | $502.00 | 1.3 | $652.60 | Outline argument for hearing on renewed motion to strike |
| 9/12/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Review tentative order on motion to strike |
| 9/12/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ROD re hearing on motion to strike |

| 9/12/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Research case law re requests for admission and email ROD summary |
|---|---|---|---|---|---|
| 9/12/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Calls with TK re Court's tentative ruling on motion to strike. |
| 9/12/2023 | Timothy S. Kittle | $717.00 | 0.2 | $143.40 | Calls with SK re Court's tentative ruling on motion to strike. |
| 9/12/2023 | Timothy S. Kittle | $717.00 | 0.2 | $143.40 | Call with SK on next steps. |
| 9/13/2023 | Rajan Dhungana | $638.00 | 0.4 | $255.20 | Prepare for hearing on 09/14/2023 |
| 9/13/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with TK re hearing on motion to strike |
| 9/13/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD re hearing |
| 9/14/2023 | James C. Asbill | $584.00 | 1.2 | $700.80 | Revise draft of Motion for Default Judgment based on events of today's hearing. |
| 9/14/2023 | James C. Asbill | $584.00 | 0.6 | $350.40 | Revise draft of Application for Default and Affidavit in Support based on events of today's hearing. |
| 9/14/2023 | James C. Asbill | $584.00 | 0.1 | $58.40 | Call with SK re: results of hearing on Motion to Strike and efforts needed for Motion for Default. |
| 9/14/2023 | Rajan Dhungana | $638.00 | 0.7 | $446.60 | Appear and attend motion hearing regarding motion to strike defendant's answer |
| 9/14/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re RFA response deadline |
| 9/14/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD re hearing on motion to strike |
| 9/14/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with JA re motion for default |
| 9/18/2023 | Eric Montalvo | $751.00 | 0.1 | $75.10 | Correspondence from DC re court's order re granting of motion to strike. |
| 9/18/2023 | James C. Asbill | $584.00 | 0.2 | $116.80 | Review Court's final Order striking Diaz's Answer. |
| 9/18/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Review Court's order on motion to strike |
| 9/19/2023 | James C. Asbill | $584.00 | 0.5 | $292.00 | Revise language and formatting for Application for Default and supporting Affidavit. |
| 9/19/2023 | James C. Asbill | $584.00 | 0.2 | $116.80 | Email to FPG Team re: document drafts for default of Diaz and need to begin working on fees affidavit. |
| 9/20/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with TK re motion for default judgment |
| 9/21/2023 | Daisy Chung | $220.00 | 0.8 | $176.00 | Review and revise fee petition, send back comments to FA |
| 9/21/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Review renewed motion for default judgment |
| 9/25/2023 | Daisy Chung | $220.00 | 0.2 | $44.00 | Review Court Order (DOC 71), send to detailed attorneys |
| 9/25/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added Document: DOC 71.pdf |

| 9/26/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to ROD re billing statement for motion for default judgment |
|---|---|---|---|---|---|
| 10/13/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with TK re status of motion for default judgment |
| 10/18/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with DC re motion for default/billing statement |
| 10/27/2023 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Meeting with ESM re motion for default judgment |
| 10/27/2023 | Saroja Koneru | $502.00 | 2 | $1,004.00 | Review/revise draft motion for default judgment and corresponding filings |
| 11/7/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Email to Courtroom Deputy re confirm hearing dates have been vacated per ECF 71 |
| 11/28/2023 | Daisy Chung | $220.00 | 0.8 | $176.00 | Review and revise renewed motion for default judgment, application for default judgment, affidavit of ROD, proposed order, send back to SK for final review |
| 11/28/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Finalize motion for default judgment |
| 11/30/2023 | James C. Asbill | $584.00 | 0.2 | $116.80 | Call with Saroja Koneru re: procedure for filing for Default and review of documents to be filed. |
| 11/30/2023 | James C. Asbill | $584.00 | 0.2 | $116.80 | Obtain updated SCRA report for Joseph Diaz from the DMDC. |
| 11/30/2023 | James C. Asbill | $584.00 | 0.1 | $58.40 | Email to ROD re: instructions for filing the Application for Entry of Default. |
| 11/30/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | File Application for Entry of Default Against Defendant |
| 11/30/2023 | Rajan Dhungana | $638.00 | 0.3 | $191.40 | Review and revise Application for Entry of Default Against Defendant |
| 11/30/2023 | Saroja Koneru | $502.00 | 1.4 | $702.80 | Finalize motion and application for default; call with JA re application and motion |
| 11/30/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re application for default judgment |
| 12/1/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added 2 Documents |
| 12/1/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Email to ROD re application for default filing |
| 12/4/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Follow up with ROD re availability for expedited default hearing |
| 12/4/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Review entry of default and email DC/ROD re motion |
| 12/4/2023 | Saroja Koneru | $502.00 | 0.3 | $150.60 | Revise draft motion for default judgment and supporting affidavit |
| 12/5/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Email to courtroom deputy re dates of availability and request expedited default hearing |

| 12/5/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Call with JA re draft motion for default judgment |
| 12/5/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re expedited hearing dates |
| 12/5/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to DC re ROD availability for hearing on motion for default judgment |
| 12/5/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Revise draft motion for default judgment and affidavit in support |
| 12/6/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Reply email to courtroom deputy re confirm date of default hearing |
| 12/6/2023 | Saroja Koneru | $502.00 | 0.4 | $200.80 | Finalize draft motion for default judgment |
| 12/7/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added Document: DOC 77.pdf |
| 12/7/2023 | Daisy Chung | $220.00 | 0.1 | $22.00 | Calendar default judgment motion hearing set for 02/15/2024 |
| 12/7/2023 | Rajan Dhungana | $638.00 | 0.2 | $127.60 | Filing Notice of Motion, Motion, and Incorporated Memorandum to Enter Default Judgment |
| 12/7/2023 | Rajan Dhungana | $638.00 | 1.1 | $701.80 | Review and revise Notice of Motion, Motion, and Incorporated Memorandum to Enter Default Judgment |
| 12/7/2023 | Saroja Koneru | $502.00 | 0.2 | $100.40 | Finish finalizing motion for default judgment and supporting documents |
| 12/20/2023 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Email to CL re motion for default judgment |
| 1/16/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Email to client re notify of default judgment hearing, request attendance |
| 2/6/2024 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Review court order re serving notice to Diaz; email ROD re same |
| 2/6/2024 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Call with ROD re email from Diaz's bankruptcy lawyer and service of notice |
| 2/7/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Coordinate service of Diaz re default judgment hearing notice |
| 2/7/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Submit job request re service of Diaz for default judgment hearing notice to process server |
| 2/7/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Review order, calendar deadline to file proof of service for hearing notice |
| 2/9/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added Document: DOC 82 Proof of Service on Diaz.pdf |
| 2/15/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Calendar deadline to file brief for attorneys' fees/costs |
| 2/15/2024 | Rajan Dhungana | $638.00 | 0.9 | $574.20 | Prepare for hearing on 02/15/2024 |
| 2/15/2024 | Rajan Dhungana | $638.00 | 0.8 | $510.40 | Confer with client in person regarding the hearing and updating on the posture of the case |

| 2/15/2024 | Saroja Koneru | $502.00 | 0.1 | $50.20 | Correspondence with ROD re default judgment hearing |
|---|---|---|---|---|---|
| 2/21/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Review and save - DOC 84 Notice of BK |
| 2/21/2024 | Skylar Young | $485.00 | 0.2 | $97.00 | Call with Saroja re brief on attorney's fees and costs. |
| 2/23/2024 | Daisy Chung | $220.00 | 0.1 | $22.00 | Added Document: DOC 85 Order Granting Motion for Default Judgment .pdf |
| 2/23/2024 | Daisy Chung | $220.00 | 0.2 | $44.00 | Review order (ECF 85), calendar associated deadlines |
| 2/23/2024 | Saroja Koneru | $502.00 | 0.7 | $351.40 | Review billing statement for fee petition |
| 2/26/2024 | Skylar Young | $485.00 | 0.2 | $97.00 | Reviewed final Fees and Costs. |
| 2/27/2024 | Skylar Young | $485.00 | 0.5 | $242.50 | Research attorneys' fees under 18 usc 2255. |
| 2/27/2024 | Skylar Young | $485.00 | 0.6 | $291.00 | Reviewed attorney billables and separated work and time. |
| 2/27/2024 | Skylar Young | $485.00 | 1.1 | $533.50 | First draft of motion for attorneys' fees and costs. |
| 2/29/2024 | Skylar Young | $485.00 | 0.2 | $97.00 | Call with ROD re brief on attorney fees and costs. |
| 2/29/2024 | Skylar Young | $485.00 | 2.3 | $1,115.50 | Prepared Draft of Brief. |

Total Fees: **$110,127.10**

## Costs

| Date | User | Cost | Quantity | Total | Description |
|---|---|---|---|---|---|
| 3/24/2022 | Paige McKinsey | $100.00 | 1 | $100.00 | File Setup Fee |
| 3/31/2022 | Paige McKinsey | $16.00 | 1 | $16.00 | WestLaw Research Charges (March) |
| 4/11/2022 | Daisy Chung | $95.00 | 0.5 | $47.50 | Process Server re Diaz complaint, arbitration petition |
| 4/11/2022 | Daisy Chung | $138.57 | 1 | $138.57 | Process Server re service at additional addresses and incurred charges |
| 4/30/2022 | Christopher Vanek | $46.00 | 1 | $46.00 | WestLaw Research Charges (April) |
| 5/26/2022 | Rajan Dhungana | $167.96 | 1 | $167.96 | Southwest Flight from Las Vegas to LAX same day return |
| 6/28/2022 | Daisy Chung | $9.68 | 1 | $9.68 | Priority Mail |
| 8/2/2022 | Daisy Chung | $99.00 | 1 | $99.00 | Process Server |
| 10/3/2022 | Kaitlyn Baucum | $150.00 | 1 | $150.00 | WestLaw Research Charges |
| 10/5/2022 | Rajan Dhungana | $450.00 | 1 | $450.00 | Southwest Flight to LAX |
| 10/5/2022 | Rajan Dhungana | $29.41 | 1 | $29.41 | Uber from Airport to Hotel |
| 10/6/2022 | Rajan Dhungana | $369.51 | 1 | $369.51 | IHG Intercontinental Hotel |

| | | | | | |
|---|---|---|---|---|---|
| 10/6/2022 | Rajan Dhungana | $98.98 | 1 | $98.98 | Southwest Flight from Long Beach to Las Vegas |
| 10/6/2022 | Rajan Dhungana | $8.61 | 1 | $8.61 | Uber from Court to Hotel |
| 10/6/2022 | Rajan Dhungana | $41.42 | 1 | $41.42 | Uber from Hotel to Anaheim Office |
| 10/6/2022 | Rajan Dhungana | $9.26 | 1 | $9.26 | Uber from Hotel to Court |
| 11/1/2022 | Kaitlyn Baucum | $62.50 | 1 | $62.50 | WestLaw Research Charges October |
| 11/16/2022 | Daisy Chung | $100.00 | 1 | $100.00 | Process Server re Process server fee for serving Diaz with notice of hearing per Court order |
| 12/1/2022 | Rajan Dhungana | $497.91 | 1 | $497.91 | Hotel stay for 12/01/2022 hearing re: Application for default judgment |
| 2/15/2023 | Denise Rogers | $356.63 | 1 | $356.63 | Hotel Stay for 4/13/2023 |
| 2/15/2023 | Denise Rogers | $208.96 | 1 | $208.96 | Southwest Airlines for Hearing on 4/13/2023 |
| 2/28/2023 | Denise Rogers | $20.00 | 1 | $20.00 | Westlaw Research Charges |
| 3/10/2023 | Daisy Chung | $100.00 | 1 | $100.00 | Process Service re Michael Rodgers - Service of notice of hearing to Diaz |
| 6/14/2023 | Rajan Dhungana | $123.98 | 1 | $123.98 | Southwest Airlines Las Vegas to Long Beach for JoJo Diaz Hearing |
| 6/15/2023 | Rajan Dhungana | $371.66 | 1 | $371.66 | Hotel stay for 06/14/2023 to 06/15/2023 re JoJo Diaz Hearing |
| 6/15/2023 | Rajan Dhungana | $158.98 | 1 | $158.98 | Southwest Airlines Burbank to Las Vegas, returning from hearing |
| 6/19/2023 | Florian Amega | $37.30 | 1 | $37.30 | Westlaw Research Charges |
| 6/24/2023 | Florian Amega | $26.84 | 1 | $26.84 | Westlaw Research Charges |
| 9/14/2023 | Rajan Dhungana | $0.65 | 530 | $344.50 | Drive from Las Vegas, NV to Los Angeles, CA for court appearance at $0.65 per mile. 265 miles each direction for a total of 530 miles. |
| 9/14/2023 | Rajan Dhungana | $589.52 | 1 | $589.52 | Hotel stay for 09/12/2023 to 09/14/2023 re JoJo Diaz Hearing |
| 9/30/2023 | Florian Amega | $5.18 | 1 | $5.18 | Westlaw Research Charges (August 2023) |
| 9/30/2023 | Florian Amega | $8.78 | 1 | $8.78 | Westlaw Research Charges (September 2023) |
| 10/31/2023 | Florian Amega | $52.86 | 1 | $52.86 | Westlaw Research Charges (October 2023) |
| 2/7/2024 | Rajan Dhungana | $150.00 | 1 | $150.00 | Process server to attempt personal service where Diaz, Jr. is supposed to appear in a different matter in CA State Court on 02/08/2024. |
| 2/15/2024 | Rajan Dhungana | $259.84 | 1 | $259.84 | Hotel bill |
| 2/15/2024 | Rajan Dhungana | $378.96 | 1 | $378.96 | Southwest flight from LAS to LAX, and return trip |
| 2/15/2024 | Rajan Dhungana | $169.90 | 1 | $169.90 | Ubers and taxi from home to airport, airport to hotel, hotel to court, hotel to airport, airport to home |

Total Costs:  **$5,806.20**