UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-02344-MEMF-GJSx  Date June 13, 2024

Title: Jane Doe v. Joseph Diaz Jr.

Present: The Honorable Maame Ewusi-Mensah Frimpong

| Damon Berry | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  
N/A

Attorneys Present for Defendants:  
N/A

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 89.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    DBE